# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>      Defendants. | **DECLARATION OF JOHN C. ROBERTS JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**<br><br>Case No. 1:20-cv-00812-LCB-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

I, John C. Roberts Jr., declare that:

1. I am an attorney associated with Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook ("Defendants").

2. I am duly admitted to practice law in the State of Washington and admitted to practice in the above-captioned action pursuant to Local Rule 83.1(d) (Special Appearance). ECF No. 20.

3. I submit this declaration in support of Defendants' Memorandum of Law in Support of their Motion to Dismiss Consolidated Amended Complaint, filed concurrently herewith. Unless otherwise stated, the following facts are within my personal knowledge or are based on review of public records.

4. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of a U.S. government webpage entitled FDA.gov, Inspection Observations, *available at* https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/inspection-observations, including the first page of the "FY 2020 Excel File," which is found under the heading "Download Inspectional Observation Data Sets" at the bottom of that page (last visited March 1, 2021).

5. Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of a government webpage entitled FDA.gov, FDA Form 483 Frequently Asked Questions, *available at* https://www.fda.gov/inspections-compliance-enforcement-and-criminal-

1

investigations/inspection-references/fda-form-483-frequently-asked-questions (last visited March 1, 2021).

6.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Chapter 5 (Establishment Inspections) of the FDA Investigations Operations Manual (2021), *available at* https://www.fda.gov/media/76769/download (last visited March 1, 2021).

7.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Form 10-K for fiscal year 2019 filed by Fennec with the Securities and Exchange Commission ("SEC") on February 14, 2021.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the Form 10-K for fiscal year 2018 filed by Fennec with the SEC on March 15, 2019.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the Form 10-K for fiscal year 2017 filed by Fennec with the SEC on March 28, 2018.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of a press release issued by Fennec on March 13, 2019.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of a press release issued by Fennec on April 13, 2020.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of a press release issued by Fennec on August 11, 2020.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of a press release issued by Fennec on December 20, 2018.

14.    Attached hereto as **Exhibit 11** is a true and correct copy of a press release issued by Fennec on August 9, 2019.

15.    Attached hereto as **Exhibit 12** is a true and correct copy of a press release issued by Fennec on May 14, 2020.

16.    Attached hereto as **Exhibit 13** is a true and correct copy of a press release issued by Fennec on August 5, 2020.

17.    Attached hereto as **Exhibit 14** is a true and correct copy of a March 13, 2019 article by Deniel Mero on PropThink entitled "Fennec Delays NDA Due To Manufacturing Facility Change."

18.    Attached hereto as **Exhibit 15** is a true and correct copy of a Cambrex webpage for the Durham facility, *available at* https://www.cambrex.com/facilities/durham-nc-usa/ (last visited March 1, 2021).

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of March 2021 at Bainbridge Island, Washington.

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:  /s/ John C. Roberts Jr.
John C. Roberts Jr. (WA Bar No. 44945)
jroberts@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone: (206) 883-2500

*Attorney for Defendants Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook*

3

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record.

This the 3rd day of March 2021.

**WYRICK ROBBINS YATES & PONTON LLP**

By:  /s/ Lee M. Whitman
   Lee M. Whitman (N.C. Bar No. 20193)
   lwhitman@wyrick.com
   4101 Lake Boone Trail, Suite 300
   Raleigh, North Carolina 27607
   Telephone:  (919) 781-4000
   Facsimile:  (919) 781-4865
