# EXHIBIT 1

# Inspection Observations

FDA's Office of Regulatory Affairs (ORA) is the lead office for all field activities, including inspections and enforcement. During an inspection, ORA investigators may observe conditions they deem to be objectionable. These observations, are listed on an FDA Form 483 when, in an investigator's judgment, the observed conditions or practices indicate that an FDA-regulated product may be in violation of FDA's requirements.

Spreadsheets summarizing the areas of regulation cited on FDA's system-generated 483s are available by fiscal year on the menu links on this page. These spreadsheets are not a comprehensive listing of all inspectional observations (/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/inspectional-observations-and-citations) but represent the area of regulation and the number of times it was cited as an observation on an FDA Form 483 during inspections conducted by FDA and its representatives. Inspectional observations reflect data pulled from FDA's electronic inspection tools. These tools are used to generate the FDA Form 483 when necessary. Not all FDA Form 483s are generated by these tools as some 483s are manually prepared. Observations have been broken out by Product or Program Area on separate tabs of the spreadsheet. The Product and Program Areas include the following:

- Biologics
- Drugs
- Devices
- Human Tissue for Transplantation
- Radiological Health
- Parts 1240 and 1250

- Foods (includes Dietary Supplements)
- Veterinary Medicine
- Bioresearch Monitoring
- Special Requirements
- Total number of inspections and 483s

For further information as well as an example of a standard citation, visit our Inspectional Observations: Citations (/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/inspectional-observations-and-citations) and Frequently Asked Questions (/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/fda-form-483-frequently-asked-questions) pages. Examples of recently issued 483s are available in ORA's Electronic Reading Room (/ora-foia-electronic-reading-room).

Case 1:20-cv-00812-LCB-JLW    Document 42-1    Filed 03/03/21    Page 2 of 4

Questions regarding Inspection Observations may be directed by email to FDAInspectionsObservations@fda.hhs.gov (mailto:FDAInspectionsObservations@fda.hhs.gov?subject=Inspections Observations).

# Download Inspectional Observation Data Sets

- FY 2020 Excel File (/media/143942/download)
- FY 2019 Excel File (/media/132571/download)
- FY 2018 Excel File  (/media/123311/download)
- FY 2017 Excel File (/media/109749/download)
- FY 2016 Excel File (/media/101615/download)
- FY 2015 Excel File (/media/95336/download)
- FY 2014 Excel File (/media/90525/download)
- FY 2013 Excel File (/media/87426/download)
- FY 2012 Excel File (/media/84715/download)
- FY 2011 Excel File (/media/84710/download)
- FY 2010 Excel File (/media/80684/download)
- FY 2009 Excel File (/media/80693/download)
- FY 2008 Excel File (/media/80699/download)
- FY 2007 Excel File (/media/80709/download)
- FY 2006 Excel File (/media/80720/download)

Case 1:20-cv-00812-LCB-JLW    Document 42-1    Filed 03/03/21    Page 3 of 4

# Number of 483 issued from the System*

Inspections ending between 10/1/2019 and 9/30/2020

| Cite Program Area Name | 483s Issued |
|---|---|
| Biologics | 28 |
| Bioresearch Monitoring | 98 |
| Devices | 422 |
| Drugs | 349 |
| Foods | 1749 |
| Human Tissue for Transplantation | 47 |
| Parts 1240 and 1250 | 9 |
| Radiologic Health | 9 |
| Veterinary Medicine | 100 |
| **Sum Product Area 483s from System*** | **2811** |
| **Actual Total in System 483s**** | **2788** |

*This table does not represent the complete set of 483's issued during the fiscal year as some 483's were manually prepared and not available in this format.  The sum of 483's for all Product Areas will be greater than the actual Total 483's issued during the fiscal year since a 483 may include citations related to multiple product areas, and counted more than once, under each relevant product center.*