# EXHIBIT 3



# Investigations Operations Manual 2021



**Office of Regulatory Affairs**
**Office of Operations**

Case 1:20-cv-00812-LCB-JLW    Document 42-3    Filed 03/03/21    Page 2 of 16

# CONTENTS 2021

## CHAPTER 1 - ADMINISTRATION

SUBCHAPTER 1.1     ENGLISH LANGUAGE REQUIREMENT
                   FOR FDA DOCUMENTS
SUBCHAPTER 1.2     TRAVEL
SUBCHAPTER 1.3     LEAVE
SUBCHAPTER 1.4     DISCLOSURE OF OFFICIAL
                   INFORMATION
SUBCHAPTER 1.5     SAFETY
SUBCHAPTER 1.6     PUBLIC RELATIONS, ETHICS &
                   CONDUCT
SUBCHAPTER 1.7     INTERDIVISION ASSIGNMENTS
SUBCHAPTER 1.8     ORGANIZATION OVERVIEW
SUBCHAPTER 1.9     OFFICE OF REGULATORY AFFAIRS
SUBCHAPTER 1.10    REFERENCES

## CHAPTER 2 - REGULATORY

SUBCHAPTER 2.1     REGULATORY NOTES
SUBCHAPTER 2.2     STATUTORY AUTHORITY
SUBCHAPTER 2.3     RECONDITIONING AND DESTRUCTION
SUBCHAPTER 2.4     CONSENT DECREE
SUBCHAPTER 2.5     DEFAULT DECREE
SUBCHAPTER 2.6     COMPLIANCE ACHIEVEMENT
SUBCHAPTER 2.7     DETENTION ACTIVITIES
SUBCHAPTER 2.8     DENATURING
SUBCHAPTER 2.9     REGULATORY SUBMISSIONS

## CHAPTER 3 - FEDERAL AND STATE COOPERATION

SUBCHAPTER 3.1     COOPERATIVE EFFORTS
SUBCHAPTER 3.2     FEDERAL AGENCY INTERACTION
SUBCHAPTER 3.3     STATE OPERATIONAL AUTHORITY
SUBCHAPTER 3.4     INTERNATIONAL AGREEMENTS
SUBCHAPTER 3.5     NON-GOVERNMENT AGREEMENTS

## CHAPTER 4 - SAMPLING

SUBCHAPTER 4.1     GENERAL
SUBCHAPTER 4.2     DEALER RELATIONS
SUBCHAPTER 4.3     COLLECTION TECHNIQUE
SUBCHAPTER 4.4     DOCUMENTATION & CR
SUBCHAPTER 4.5     SAMPLING: PREPARATION,
                   HANDLING, SHIPPING

## CHAPTER 5 - ESTABLISHMENT INSPECTIONS

SUBCHAPTER 5.1     INSPECTION INFORMATION
SUBCHAPTER 5.2     INSPECTION PROCEDURES
SUBCHAPTER 5.3     EVIDENCE DEVELOPMENT
SUBCHAPTER 5.4     FOOD
SUBCHAPTER 5.5     DRUGS
SUBCHAPTER 5.6     DEVICES
SUBCHAPTER 5.7     BIOLOGICS
SUBCHAPTER 5.8     TOBACCO PRODUCTS
SUBCHAPTER 5.9     VETERINARY MEDICINE
SUBCHAPTER 5.10    BIORESERACH MONITORING (BIMO)
SUBCHAPTER 5.10    REPORTING

## CHAPTER 6 - IMPORTS

SUBCHAPTER 6.1     IMPORTS
SUBCHAPTER 6.2     IMPORT PROCEDURES
SUBCHAPTER 6.3     ENTRY REVIEW
SUBCHAPTER 6.4     FIELD EXAMINATION
SUBCHAPTER 6.5     IMPORT SAMPLE COLLECTION
SUBCHAPTER 6.6     FILER EVALUATIONS
SUBCHAPTER 6.7     GLOSSARY OF IMPORT TERMS

## CHAPTER 7 - RECALL ACTIVITIES

SUBCHAPTER 7.1     RECALLS
SUBCHAPTER 7.2     RECALL NOTIFICATION / INSPECTION
SUBCHAPTER 7.3     MONITORING RECALLS
SUBCHAPTER 7.4     SPECIAL RECALL SITUATIONS

## CHAPTER 8 - INVESTIGATIONS

SUBCHAPTER 8.1     INVESTIGATIONS
SUBCHAPTER 8.2     COMPLAINTS
SUBCHAPTER 8.3     INVESTIGATION OF FOODBORNE
                   OUTBREAKS
SUBCHAPTER 8.4     INVESTIGATION - INJURY & ADVERSE
                   REACTION
SUBCHAPTER 8.5     DISASTER PROCEDURES
SUBCHAPTER 8.6     SURVEILLANCE
SUBCHAPTER 8.7     LEFT IN BLANK
SUBCHAPTER 8.8     COUNTERFEITING / TAMPERING
SUBCHAPTER 8.9     OFFICE OF CRIMINAL INVESTIGATION
                   (OCI)
SUBCHAPTER 8.10    GENERAL INVESTIGATION
                   REPORTING

## APPENDIX

APPENDIX A     PRINCIPAL STORED GRAIN INSECTS
APPENDIX B     PERPETUAL JULIAN CALENDAR
APPENDIX C     BLOOD SERUM CHEMISTRY
APPENDIX D     CONVERSION TABLES
APPENDIX E     DIVISION MAPS (OBIMO, OBPO,
               OMDRHO, OPQO, OHAFO, OEIO,
               TOBACCO, ORS)

## INDEX

## NOTES

# CHAPTER 5 - ESTABLISHMENT INSPECTIONS

**CONTENTS**

**CHAPTER 5 - ESTABLISHMENT INSPECTIONS**.................5-1
**SUBCHAPTER 5.1 - INSPECTION INFORMATION..............5-4**
5.1.1 - AUTHORITY TO ENTER AND INSPECT ....................5-4
5.1.1.1 - FDA Investigator's Responsibility............................5-5
5.1.1.2 - Credentials...................................................................5-5
5.1.1.3 - Written Notice ..............................................................5-5
5.1.1.4 - Written Observations ..................................................5-5
5.1.1.5 - Receipts.......................................................................5-5
5.1.1.6 - Written Demand for Records ......................................5-5
5.1.1.7 - Written Requests for Information ...............................5-5
5.1.1.7.1 – LACF / AF Food Inspections .................................5-5
5.1.1.7.2 – Requests for Records under Section 703 of the FD&C Act...............................................................................5-5
5.1.1.8 - Business Premises ......................................................5-5
5.1.1.9 - Premises Used for Living Quarters ...........................5-6
5.1.1.10 - Facilities where Electronic Products are Used or Held ..................................................................................5-6
5.1.1.11 - Multiple Occupancy Inspections..............................5-6
5.1.1.12 - Authority for Examinations and Investigations .........5-6
5.1.1.13 - Authority to Implement Section 702(e)(5) of the FD&C Act..........................................................................................5-6
5.1.1.13.1 - SCOPE ....................................................................5-6
5.1.1.13.2 - INSPECTIONAL GUIDANCE...............................5-7
5.1.1.13.3 - FOLLOW UP GUIDANCE ....................................5-7
5.1.1.13.4 - SEARCH WARRANTS .......................................5-7
5.1.1.14 - Products Imported Under the Provisions of Section 801(d)(3) of the FD&C Act ........................................................5-7
5.1.1.14.1 - REQUIREMENTS FOR BIOTERRORISM ACT....5-7
5.1.1.14.2 - INSPECTIONAL PREPARATION ........................5-8
5.1.2 - INSPECTIONAL APPROACH ....................................5-8
5.1.2.1 - Depth of Inspection......................................................5-8
5.1.2.2 - Inspection Walk Through ............................................5-8
5.1.2.3 - Signing Non-FDA Documents....................................5-9
5.1.2.4 - Technical Assistance ..................................................5-9
5.1.2.5 - Team Inspections........................................................5-9
5.1.2.5.1 - TEAM MEMBER RESPONSIBILITIES ...................5-9
5.1.2.5.2 - TEAM LEADER RESPONSIBILITIES.....................5-9
5.1.2.6 - Post-Inspectional Contacts ......................................5-10
5.1.3 - INSPECTION OF FOREIGN FIRMS.........................5-10
5.1.3.1 – Review of Foreign-Language Document.................5-10
5.1.4 - INSPECTIONAL PRECAUTIONS..............................5-10
5.1.4.1 - Clothing......................................................................5-11
5.1.4.2 - PHS Recommendations - Basic Sanitary Practices .5-11
5.1.4.3 - Representatives Invited by the Firm to View the Inspection...................................................................................5-11
5.1.5 - GENERAL PROCEDURES & TECHNIQUES.............5-11
5.1.5.1 - Candling.....................................................................5-11
5.1.5.2 - Label Review .............................................................5-12
5.1.5.3 - Field Exams ...............................................................5-12
**SUBCHAPTER 5.2 - INSPECTION PROCEDURES.............5-12**
5.2.1 - PRE-INSPECTIONAL ACTIVITIES............................5-12
5.2.1.1 - Pre-Announcements...................................................5-13
5.2.1.1.1 - BASIC PREMISES..................................................5-13
5.2.1.1.2 - CRITERIA FOR CONSIDERATION......................5-13
5.2.1.1.3 - PROCEDURES........................................................5-13
5.2.1.2 - Personal Safety ........................................................5-14
5.2.1.2.1 - PREPARATION .......................................................5-14
5.2.1.2.2 - PHYSICAL RESISTANCE/THREATS/ ASSAULTS ..5-15
5.2.1.3 – eNSpect Personal Safety Alert................................5-15
5.2.1.4 – Personal Safety Plan................................................5-16
5.2.2 - NOTICE OF INSPECTION ........................................5-17
5.2.2.1 - Multiple Date Inspections..........................................5-17

5.2.2.2 - Inspection of Vehicles ............................................. 5-17
5.2.2.3 - Follow-Up Inspections by Court Order .................... 5-18
5.2.2.4 - Conducting Regulatory Inspections When the Agency is Contemplating Taking, or is Taking, Criminal Action ............. 5-18
5.2.2.5 - When Evidence of a Criminal Violation is Discovered in the Course of a Regulatory Inspection ................................. 5-19
5.2.2.6 - Use of Evidence Gathered in the Course of a Criminal Investigation ............................................................................. 5-19
5.2.2.7 - Use of Evidence Voluntarily Provided to the Agency5-19
5.2.2.8 - Concurrent Administrative, Civil, and Criminal Actions 5-19
5.2.2.9 - Working with a Grand Jury ...................................... 5-20
5.2.3 - REPORTS OF OBSERVATIONS............................... 5-20
5.2.3.1 - Preparation of Form FDA 483 ............................... 5-21
5.2.3.1.1 - INDIVIDUAL HEADINGS ..................................... 5-21
5.2.3.1.2 - SIGNATURE POLICY .......................................... 5-21
5.2.3.1.3 - DATE ISSUED ...................................................... 5-22
5.2.3.1.4 - OBSERVATIONS................................................... 5-22
5.2.3.1.5 - MEDICAL DEVICE INSPECTIONS...................... 5-22
5.2.3.1.6 - CORRECTION OF FDA 483, FDA 483a, and FDA 4056 ERRORS ......................................................................... 5-22
5.2.3.1.6.1 - Errors Discovered Prior to Leaving the Establishment.......................................................................... 5-22
5.2.3.1.6.2 - Errors Discovered after Leaving the Establishment5-23
5.2.3.2 - Reportable Observations.......................................... 5-23
5.2.3.2.1 – Adulteration Observations ................................... 5-23
5.2.3.2.2 - OTHER OBSERVATIONS ................................... 5-23
5.2.3.3 - Non-Reportable Observations.................................. 5-24
5.2.3.4 - Annotation of the FDA 483 and FDA 4056 ............. 5-25
5.2.3.5 - Government Wide Quality Assurance Program (GWQAP) ................................................................................. 5-25
5.2.3.6 - Distribution of the FDA 483, FDA 483a, and FDA 4056 ......................................................................................... 5-26
5.2.3.6.1 – Non-eNSpect generated FDA 483, FDA 483a, and FDA 4056 .............................................................................. 5-26
5.2.3.6.2 – eNSpect generated FDA 483, FDA 483a, and FDA 4056 ....................................................................................... 5-26
5.2.4 - RECEIPT - FACTORY SAMPLES............................. 5-26
5.2.4.1 - Items Requiring Receipt ........................................... 5-26
5.2.4.2 - Items Not Requiring Receipt ................................... 5-26
5.2.5 - INSPECTION REFUSAL........................................... 5-26
5.2.5.1 - Refusal to Permit Inspection ................................... 5-26
5.2.5.2 - Refusal to Permit Access to or Copying of Records 5-27
5.2.5.3 - Refusal after Serving Warrant ................................ 5-27
5.2.5.4 - Hostile and Uncooperative Interviewees ................ 5-27
5.2.5.4.1 - INDICATORS ....................................................... 5-27
5.2.5.4.2 - SAFETY PRECAUTIONS ................................... 5-28
5.2.5.4.3 - PROCEDURES WHEN THREATENED OR ASSAULTED .......................................................................... 5-28
5.2.5.4.4 - NOTIFICATION OF FBI AND US ATTORNEY..... 5-28
5.2.6 - INSPECTION WARRANT ........................................ 5-28
5.2.7 - DISCUSSIONS WITH MANAGEMENT..................... 5-29
5.2.7.1 - Protection of Privileged Information......................... 5-29
5.2.7.2 - Refusals of Requested Information ......................... 5-30
5.2.8 - CONSUMER COMPLAINTS ..................................... 5-30
5.2.9 - INTERVIEWING CONFIDENTIAL INFORMANTS ..... 5-30
5.2.9.1 - How to handle the first contact ............................... 5-30
5.2.9.1.1 - INTERVIEWING METHODS/TECHNIQUES........ 5-30
5.2.9.1.2 - ESTABLISH MOTIVATION ................................. 5-30
5.2.9.1.3 - ANONYMITY ....................................................... 5-30
5.2.9.2 - Protect the Identity of the Source .......................... 5-31
5.2.9.2.1 - ACCESS ............................................................... 5-31
5.2.9.2.2 - STORAGE REQUIREMENTS............................. 5-31
5.2.9.2.3 - DISCLOSURE ...................................................... 5-31
5.2.9.2.4 - DESTRUCTION .................................................... 5-31

Case 1:20-cv-00812-LCB-JLW     Document 42-3     Filed 03/03/21     Page 4 of 16

5.2.10 - ROUTINE BIOSECURITY PROCEDURES FOR VISITS TO FACILITIES HOUSING OR TRANSPORTING DOMESTIC OR WILD ANIMALS ...................................5-31
5.2.10.1 - Pre-Inspection Activities.......................................5-32
5.2.10.2 - General Inspection Procedures ............................5-33
5.2.10.3 - Special Situation Precautions ............................5-34
5.2.10.3 – Standard Operating Biosecurity Procedures for Egg Farm Inspections/ commercial Poultry Operations.................5-34
**SUBCHAPTER 5.3 - EVIDENCE DEVELOPMENT .............5-37**
5.3.1 - TECHNIQUES .......................................................5-37
5.3.2 -SAMPLES.............................................................5-37
5.3.3 - EXHIBITS ...........................................................5-37
5.3.4 - PHOTOGRAPHS....................................................5-38
5.3.4.1 - In-Firm Photographs ...........................................5-38
5.3.4.2 - Photo Identification and Submission .......................5-38
5.3.4.2.1 – FILM BASED PRINTS.......................................5-39
5.3.4.2.2 - COLOR SLIDE IDENTIFICATION ........................5-39
5.3.4.2.3 - NEGATIVE IDENTIFICATION ............................5-39
5.3.4.2.4 - VIDEO RECORDINGS .......................................5-39
5.3.4.2.5 – DIGITAL PHOTOGRAPHS OR VIDEO RECORDINGS.............................................................5-39
5.3.4.2.6 – GLOSSARY OF DIGITAL TERMINOLOGY .........5-40
5.3.4.2.6.1 – Digital Data ..................................................5-40
5.3.4.2.6.2 – Analog Data .................................................5-40
5.3.4.2.6.3 – Memory Card ................................................5-40
5.3.4.2.6.4 - Original .........................................................5-40
5.3.4.2.6.5 – Original Copy ................................................5-40
5.3.4.2.6.6 - Permanent Storage Media ................................5-40
5.3.4.2.6.7 - Time/Date Stamp .............................................5-40
5.3.4.2.6.8 - Working Copy ..................................................5-40
5.3.4.3 - Preparing and Maintaining Digital Photographs as Regulatory Evidence...........................................................5-40
5.3.4.4 - Preparing Digital Photos for Insertion in an eNSpect Establishment Inspection Report (EIR) .................................5-41
5.3.4.5 - Photograph Requests ...........................................5-42
5.3.5 - RECORDINGS ......................................................5-42
5.3.6 - RESPONSIBLE INDIVIDUALS ..................................5-42
5.3.6.1 - Discussion on Duty, Power, Responsibility ..............5-43
5.3.6.2 - Inspection Techniques How to Document Responsibility ...........................................................................5-43
5.3.7 - GUARANTEES AND LABELING AGREEMENTS ......5-44
5.3.7.1 - Guarantee ........................................................5-44
5.3.7.2 - Labeling Agreement............................................5-44
5.3.7.3 - Exemption Requirements......................................5-44
5.3.8 - RECORDS OBTAINED..............................................5-44
5.3.8.1 - Verification of Source Records ..............................5-44
5.3.8.2 - Identification of Records Collected..........................5-44
5.3.8.3.1 - ELECTRONIC RECORDS .................................5-45
5.3.8.3.1.1 ORIGINAL COPY...............................................5-46
5.3.8.3.1.2 WORKING COPY ...............................................5-46
5.3.8.3.2 - ELECTRONIC DATABASES AND QUERIES.......5-46
5.3.8.3.2.1 - REQUESTING Electronic RECORDS from databases ......................................................................5-46
5.3.8.3.2.2 - ELECTRONIC RECORDS RECEIVED ON ELECTRONIC STORAGE MEDIA .........................................5-46
5.3.8.3.3.1 - IDENTIFYING AND SECURING ELECTRONIC STORAGE MEDIA .............................................................5-47
5.3.8.5 - Listing of Records ...............................................5-47
5.3.8.6 - Patient and/or Consumer Identification on Records.5-48
5.3.9 - REQUEST FOR SAMPLE COLLECTION...................5-48
5.3.10 - POST-INSPECTION NOTIFICATION LETTERS......5-48
**SUBCHAPTER 5.4 - FOOD..................................................5-48**
5.4.1 - FOOD and COSMETIC INSPECTIONS .....................5-48
5.4.1.1 - Preparation and References ..................................5-48
5.4.1.2 - Inspectional Authority..........................................5-49
5.4.1.2.1 - WRITTEN DEMAND FOR RECORDS.................5-49
5.4.1.2.2 - WRITTEN REQUEST FOR INFORMATION.........5-49

5.4.1.3 - Records Access Under Sections 414 and 704 of the FD&C Act ................................................................. 5-50
5.4.1.4 - Food and Cosmetic Defense Inspectional Activities 5-50
5.4.1.4.1 - FOOD AND COSMETIC SECURITY ................... 5-50
5.4.1.4.2 - RECONCILIATION EXAMINATIONS................... 5-51
5.4.1.4.3 - RECONCILIATION EXAMINATION GUIDANCE PART A ................................................................. 5-51
5.4.1.4.4 - RECONCILIATION EXAMINATION GUIDANCE PART B ................................................................. 5-52
5.4.1.4.5 - SPECIAL SAFETY PRECAUTIONS ................... 5-52
5.4.1.5 - Food Registration ................................................. 5-52
5.4.1.5.1 - FACILITIES EXEMPTED FROM REGISTRATION .. 5-53
5.4.1.5.2 - FOOD FACILITY REGISTRATION RESOURCES5-54
5.4.2 - PERSONNEL ............................................................ 5-54
5.4.2.1 - Management ......................................................... 5-54
5.4.2.2 - Employees ........................................................... 5-54
5.4.3 - PLANTS AND GROUNDS ......................................... 5-55
5.4.3.1 - Plant Construction, Design and Maintenance ......... 5-55
5.4.3.2 - Waste Disposal .................................................... 5-55
5.4.3.3 - Plant Services ...................................................... 5-56
5.4.4 - RAW MATERIALS..................................................... 5-56
5.4.4.1 - Handling Procedure............................................... 5-56
5.4.4.2 - Condition .............................................................. 5-56
5.4.4.3 - Food Chemicals Codex .......................................... 5-56
5.4.5 - EQUIPMENT AND UTENSILS ................................... 5-57
5.4.5.1 - Filtering Systems................................................... 5-57
5.4.5.2 – Cleaning and Sanitization of Equipment and Utensils  5-57
5.4.5.3 - Conveyor Belt Conditions....................................... 5-57
5.4.5.4 - Utensils ............................................................... 5-57
5.4.5.5 - Mercury and Glass Contamination .......................... 5-57
5.4.5.6 - UV Lamps ............................................................. 5-57
5.4.5.7 - Chlorine Solution Pipes .......................................... 5-57
5.4.5.8 - Sanitation Practices............................................... 5-57
5.4.6 - PROCESS AND CONTROLS .................................... 5-58
5.4.6.1 - Ingredient Handling ............................................... 5-58
5.4.6.1.1   Cosmetics Ingredients .......................................... 5-58
5.4.6.2 - Formulas .............................................................. 5-59
5.4.6.3 - Food Additives ...................................................... 5-59
5.4.6.4 - Color Additives ...................................................... 5-59
5.4.6.5 - Quality Control ...................................................... 5-60
5.4.6.5.1 - INSPECTION SYSTEM........................................ 5-60
5.4.6.5.2 - LABORATORY TESTS......................................... 5-60
5.4.6.5.3 - MANUFACTURING CODE SYSTEM..................... 5-60
5.4.6.6 Packaging, Labeling, and Packing............................. 5-60
5.4.6.6.1 - QUANTITY OF CONTENTS................................. 5-60
5.4.6.6.2 - LABELING.......................................................... 5-60
5.4.6.6.3 – NUTRITIONAL AND ALLERGEN LABELING......... 5-61
5.4.6.6.4 – SANITARY OPERATIONS ................................... 5-61
5.4.6.6.6   Labeling violations ............................................... 5-61
5.4.6.6.7   Cosmetic product labeling making drug claims .... 5-61
5.4.7 - SANITATION............................................................. 5-62
5.4.7.1 - Routes of Contamination ........................................ 5-62
5.4.7.1.1 - INSECTS............................................................ 5-62
5.4.7.1.2 - RODENTS........................................................... 5-62
5.4.7.1.3 - PESTICIDES........................................................ 5-62
5.4.7.1.4 - OTHER................................................................ 5-63
5.4.7.2 - Microbiological Concerns ........................................ 5-63
5.4.7.2.1 - PROCESSING EQUIPMENT ................................. 5-63
5.4.7.2.2 - EMPLOYEE PRACTICES ..................................... 5-64
5.4.7.3 - Storage.................................................................. 5-64
5.4.7.3.1 - FOOD TRANSPORT VEHICLES ........................... 5-64
5.4.7.3.2 - VEHICLES AT RECEIVERS ................................. 5-64
5.4.7.3.3 - VEHICLES AT SHIPPERS.................................... 5-64
5.4.8 - DISTRIBUTION......................................................... 5-65
5.4.8.1 - Promotion and Advertising ..................................... 5-65
5.4.8.2 - Recall Procedure.................................................... 5-65

Case 1:20-cv-00812-LCB-JLW    Document 42-3    Filed 03/03/21    Page 5 of 16

5.4.8.3 - Complaint Files .......................................5-65
5.4.9 - OTHER GOVERNMENT INSPECTION......................5-65
5.4.9.1 - Federal.................................................5-65
5.4.9.2 - State and Local.......................................5-66
5.4.9.3 - Grade A Dairy Plant Inspections ...........................5-66
5.4.10 - FOOD STANDARDS .............................................5-66
5.4.10.1 - Food STANDARDS Inspection ...........................5-66
5.4.10.2 - Food Inspection Report...................................5-66
5.4.10.2.1 - ESTABLISHMENT INSPECTION RECORD (EI RECORD) ...........................................................5-66
5.4.10.2.2 - BODY OF REPORT...................................5-67
5.4.10.2.3 - SPECIAL INFORMATION SECTION.................5-67
5.4.10.3 - Violative Inspections ...................................5-67
5.4.12 - PESTICIDES .................................................5-67
5.4.12.1 - Pesticide Inspections ...................................5-67
5.4.12.2 - Current Practices .......................................5-67
5.4.12.3 - Growers .................................................5-68
5.4.12.3.1 - PESTICIDE APPLICATION ...............................5-68
5.4.12.3.2 - PESTICIDE MISUSE/DRIFT/SOIL CONTAMINATION...................................................5-69
5.4.12.4 - Packers and Shippers...................................5-69
5.4.12.5 - Pesticide Suppliers .....................................5-69
5.4.12.6 - Pesticide Applicators...................................5-69
5.4.12.7 - Sample Collections .....................................5-69
5.4.13 – COSMETIC INSPECTIONS...................................5-69
5.4.13.1 Preparation and References ...............................5-70
5.4.13.2 – Documents and Records.................................5-70
5.4.13.3- Contaminated Cosmetics.................................5-70
5.4.13.4 – Specific Types of Product Safety Concerns ..........5-70
**SUBCHAPTER 5.5 - DRUGS ..............................................5-71**
5.5.1 - DRUG INSPECTIONS ..........................................5-71
5.5.1.1 - Preparation and References ...............................5-71
5.5.1.2 - Inspectional Approach ...................................5-72
5.5.2 - DRUG REGISTRATION & LISTING .........................5-72
5.5.3 - PROMOTION AND ADVERTISING ...........................5-72
5.5.4 - GUARANTEES AND LABELING AGREEMENTS ......5-73
5.5.5 - OTHER INSPECTIONAL ISSUES ...........................5-73
5.5.5.1 - Intended Use .............................................5-73
5.5.5.2 - Drug Approval Status.....................................5-73
5.5.5.3 – Drug Status Questions...................................5-73
5.5.5.5 - Drug/Dietary Supplement Status ..........................5-73
5.5.5.6 - Approved Drugs...........................................5-73
5.5.5.7 - Investigational Drugs .....................................5-73
5.5.5.8 - Clinical Investigators and/or Clinical Pharmacologists .5-73
5.5.5.9 – Delaying, Denying, Limiting or Refusing Drug Inspections.........................................................5-73
5.5.8 - DRUG INSPECTION REPORT .................................5-73
**SUBCHAPTER 5.6 - DEVICES ............................................5-74**
5.6.1 - DEVICE INSPECTIONS ........................................5-74
5.6.1.1 - Technical Assistance .....................................5-74
5.6.1.2 - Sample Collection During Inspection .......................5-74
5.6.1.3 - Types of Inspections .....................................5-74
5.6.2 - MEDICAL DEVICE QUALITY SYSTEM/ GOOD MANUFACTURING PRACTICES ..................................5-74
5.6.2.1 - Pre-Inspectional Activities.................................5-75
5.6.2.2 - Quality Audit ..............................................5-76
5.6.2.3 - Records .................................................5-76
5.6.2.4 - Complaint Files ...........................................5-77
5.6.3 - STERILE DEVICES ...........................................5-77
5.6.4 - LABELING .................................................5-77
5.6.5 - GOVERNMENT-WIDE QUALITY ASSURANCE PROGRAM (GWQAP) ..............................................5-78
5.6.6 - CONTRACT FACILITIES.......................................5-78
5.6.7 - SMALL MANUFACTURERS....................................5-78
5.6.8 - BANNED DEVICES ...........................................5-78
5.6.9 – REPORTS OF CORRECTIONS AND REMOVALS...5-78
5.6.10 – TRACKED MEDICAL DEVICES .............................5-78

5.6.11 - DEVICE INSPECTION REPORTS.......................... 5-79
**SUBCHAPTER 5.7 - BIOLOGICS ....................................... 5-79**
5.7.1 - DEFINITION.................................................. 5-79
5.7.2 - BIOLOGICS INSPECTIONS .................................. 5-79
5.7.2.1 - Authority ................................................. 5-79
5.7.2.1.1 - BLOOD AND SOURCE PLASMA INSPECTIONS 5-79
5.7.2.1.2 – HUMAN TISSUE INSPECTIONS ...................... 5-79
5.7.2.2 – Donor Confidentiality ................................... 5-80
5.7.2.3 – Inspectional Objectives................................ 5-80
5.7.2.4 - Preparation.............................................. 5-80
5.7.2.5 - Inspectional Approach................................. 5-80
5.7.2.6 - Regulations, Guidelines, Recommendations........... 5-81
5.7.2.7 - Technical Assistance.................................... 5-81
5.7.2.8   Biologics Establishment Inspection Reports............ 5-81
5.7.3 - REGISTRATION, LISTING AND LICENSING............ 5-81
5.7.3.1 - Registration and Listing................................ 5-81
5.7.3.1.1 – TRANSFUSION SERVICES........................... 5-81
5.7.3.1.2 - HCT/PS ............................................... 5-81
5.7.3.1.3 - LABORATORIES ..................................... 5-82
5.7.3.1.4 - MILITARY BLOOD BANKS .......................... 5-82
5.7.3.2 – MOUs .................................................. 5-82
5.7.3.3 - Biologics License........................................ 5-82
5.7.4 - TESTING LABORATORIES................................. 5-82
5.7.5 - BROKERS.................................................. 5-83
**SUBCHAPTER 5.8 - TOBACCO PRODUCTS ..................... 5-83**
5.8.1 - DEFINITIONS .............................................. 5-83
5.8.2 – TOBACCO INSPECTIONS ............................... 5-83
5.8.3 - RETAIL COMPLIANCE CHECK INSPECTION CONTRACTS .................................................... 5-83
5.8.4 - GUIDANCE, COMPLIANCE & REGULATORY INFORMATION .................................................. 5-83
**SUBCHAPTER 5.9 - VETERINARY MEDICINE.................... 5-83**
5.9.1 - CVM WEBSITE .............................................. 5-83
5.9.2 - VETERINARY DRUG ACTIVITIES ......................... 5-83
5.9.3 - MEDICATED FEEDS AND TYPE A ARTICLES......... 5-84
5.9.4 - BSE ACTIVITIES............................................ 5-84
5.9.4.1 – Biosecurity Procedures for BSE Inspections at Poultry Facilities and Farms ............................................. 5-84
5.9.5 - DRUG RESIDUES .......................................... 5-85
5.9.6 - VETERINARY DEVICES.................................... 5-86
5.9.7 - ANIMAL GROOMING AIDS ................................ 5-86
5.9.8 – PRODUCTS INTENDED FOR CONTROL OF FLEAS AND TICKS ...................................................... 5-86
**SUBCHAPTER 5.10 – BIORESEACH MONITORING (BIMO). 5-86**
5.10.1 – BIMO Establishment Type Definitions .................... 5-86
5.10.2 – BIMO Assignments................................... 5-87
5.10.2.1. READ-ONLY ACCESS TO ELECTRONIC DATABASES DURING BIORESEARCH MONITORING INSPECTION ASSIGNMENTS ............................................ 5-87
5.10.3 – BIMO Compliance Programs................................ 5-88
5.10.4 – Postmarket Adverse Event Reporting..................... 5-88
5.10.5 - Risk Evaluation and Mitigation Strategies (REMS)... 5-88
5.10.6 BIMO Establishment Inspection Reports (EIRs)......... 5-89
5.10.7 BIMO Affidavits.............................................. 5-89
5.10.8 BIMO Collection Reports (CRs)............................. 5-89
5.10.8.1 Sample Type .............................................. 5-89
5.10.8.2 Sample Description ...................................... 5-89
5.10.8.3 Reason for Collection ................................... 5-89
5.10.8.4 Associated Firms........................................ 5-89
5.10.8.5 Product Code and Product Name.......................... 5-89
5.10.8.6 Brand Name ............................................. 5-89
5.10.8.7 Product Label ............................................ 5-90
5.10.8.8 Sample Flags ............................................ 5-90
5.10.8.9 Estimated Value ......................................... 5-90
5.10.8.10 CR & Records Sent To FACTS Org ..................... 5-90
**SUBCHAPTER 5.11 – REPORTING ................................. 5-90**
5.11.1 - ESTABLISHMENT INSPECTION REPORT (EIR) ... 5-90

**5-3**

5.11.2 – ENDORSEMENT ...................................5-91
See Exhibit 5-14 for more information on profiling CGMP/QS
Compliance Status. ..........................................5-91
5.11.2.1 – FACTS Compliance Achievement Reporting System
(CARS) ..............................................................5-91
5.11.2.1.1 - REPORTING CRITERIA ...............................5-91
5.11.2.1.2 - DATA ELEMENTS ...........................5-92
5.11.3 – eNSpect ESTABLISHMENT INSPECTION REPORT
COVERSHEET ..................................................5-92
5.11.3.1 – Inspection Basis .....................................5-92
5.11.4 - NARRATIVE REPORT ............................5-93
5.11.4.1 – Summary of Findings report for NAI Inspections...5-93
5.11.4.2 – Summary of Findings for VAI Inspection ..............5-94
5.11.4.3 - Individual Narrative Headings ...............5-94
5.11.4.3.1 - STANDARD NARRATIVE REPORT ..................5-94
5.11.4.3.2 - SUMMARY ......................................5-96
5.11.4.3.3 - ADMINISTRATIVE DATA .................5-96
5.11.4.3.4 - HISTORY ........................................5-96
5.11.4.3.5 - INTERSTATE (I.S.) COMMERCE .......................5-97
5.11.4.3.6 - JURISDICTION (PRODUCTS MANUFACTURED
AND/OR DISTRIBUTED) .....................................5-97
5.11.4.3.7 - INDIVIDUAL RESPONSIBILITY AND PERSONS
INTERVIEWED .................................................5-97
5.11.4.3.8 - FIRM'S TRAINING PROGRAM .........................5-97
5.11.4.3.9 - MANUFACTURING/DESIGN OPERATIONS .....5-97
5.11.4.3.10 - MANUFACTURING CODES ...................5-98
5.11.4.3.11 - COMPLAINTS ...............................5-98
5.11.4.3.12 - RECALL PROCEDURES ...................5-98
5.11.4.3.13 - OBJECTIONABLE CONDITIONS AND
MANAGEMENT'S RESPONSE ..........................5-98
5.11.4.3.13.1 - Supporting Evidence and Relevance ...........5-99
5.11.4.3.13.2 - Discussion with Management ....................5-99
5.11.4.3.14 - REFUSALS ..................................5-99
5.11.4.3.15 - GENERAL DISCUSSION WITH MANAGEMENT.5-99
5.11.4.3.16 - ADDITIONAL INFORMATION ...................5-99
5.11.4.3.17 - SAMPLES COLLECTED ................5-100
5.11.4.3.18 - VOLUNTARY CORRECTIONS ................5-100
5.11.4.3.19 - EXHIBITS COLLECTED .................5-100
5.11.4.3.20 – ATTACHMENTS ..........................5-100
5.11.4.3.21 - SIGNATURE .................................5-100
5.11.5 - EXHIBITS ............................................5-100
5.11.5.1 - Electronic Records as Exhibits ...........5-101
5.11.6 ATTACHMENTS ....................................5-101
5.11.7 - Corrections to Endorsed Establishment Inspection
Reports .........................................................5-101
5-1 FORM FDA 482 NOTICE OF INSPECTION ..................5-102
5-2 - FORM FDA 482a ......................................5-105
5-3 FORM FDA 482b .......................................5-106
5-5 FORM FDA 483 .........................................5-107
5-6 INSERTING DIGITAL PHOTOS INTO eNSpect (RESIZE
PHOTO) ..........................................................5-109
5-65-7 INSERTING DIGITAL PHOTOS INTO eNSpect (INSERT
PHOTO) ..........................................................5-110
5-8 INSERTING DIGITAL PHOTOS INTO eNSpect (RESIZING
USING MS OFFICE PICTURE MANAGER) ........................5-111
5-9 FACTS CREATE SAMPLE ASSIGNMENT SCREEN ...5-112
5-10 FORM FDA 482c NOTICE OF INSPECTION – REQUEST
FOR RECORDS ................................................5-113
5-11 FOOD ADDITIVE NOMOGRAPH I ...........................5-114
5-11 FOOD ADDITIVE NOMOGRAPH II ..........................5-115
5-12 SUMMARY OF REGISTRATION AND LISTING HUMAN
PHARMACEUTICALS .......................................5-116
5-13 SUBSTANTIALLY EQUIVALENT MEDICAL DEVICES.....5-117
5-14 eNSpect PROFLIE - COMSTAT ...............5-118
PROFILING A FIRM'S CGMP/QS COMPLIANCE STATUS 5-118
Table 5-14.1        Quick Reference Guide ...........................5-118

Table 5-14.2        Example of a Maintain Profiles screen.... 5-119
5-14.1        Introduction .................................. 5-119
5-14.2        Purpose ...................................... 5-119
5-14.3        Instructions .................................. 5-119
5-14.3.1        Pre-Inspection Preparation .......................... 5-119
5-14.3.2        Firm's Operations ......................................... 5-119
5-14.3.3        Maintain Profiles Screen .............................. 5-119
5-14.3.4        Previous Inspection Profile ........................... 5-119
5-14.3.5        Firm Information ........................................... 5-119
5-14.3.6        Inspection Coverage of Profile Class Codes.. 5-119
5-14.3.7        Discontinue and Delete Buttons ................... 5-120
5-14.3.8        CGMP Inspection and Other Toggle Buttons . 5-120
5-14.3.9        Initial, In Review, and Final .......................... 5-120
5-14.3.10        Final Profile Status ..................................... 5-120
5-14.3.10.1        Other Status .............................................. 5-120
5-14.3.10.2        Acceptable Status ...................................... 5-120
5-14.3.10.3        Unacceptable Status .................................. 5-120
5-14.3.10.3.1 Continuation of Unacceptable Status ............ 5-120
5-14.3.10.3.2 Changing from Unacceptable to Acceptable Status
............................................................................. 5-120
5-14.3.11        Remark Status Field ................................... 5-121
5-14.3.12        Remarks Field ............................................ 5-121
5-14.3.13        Out-of-Business Firm ................................... 5-121
5-14.3.14        Firm Merge ................................................ 5-121
5-14.3.15        Troubleshooting ......................................... 5-121
5-14.4        Contact Information ..................................... 5-121
5-14.5 Data Quality Assurance Projects ............................ 5-121
5-14.6        Establishment Profile Criteria ......................... 5-122
Table 5-14.6.1        Device, Biologic, Drug, and Veterinary
Establishments TO Profile ................................................. 5-122
Table 5-14.6.2        Establishment and Operations NOT to
Profile                5-122
5-14.6.3        Pre-Approval Inspections ............................. 5-123
5-14.7        Profile Classes and Codes ............................ 5-123
5-14.7.1        Profile Class Codes .................................... 5-123
Table 5-14.7.1.1        Biologics ............................................ 5-123
Table 5-14.7.1.2        Devices ............................................. 5-123
Table 5-14.7.1.3        Drugs and Veterinary ......................... 5-124
Table 5-14.7.1.4        Special Veterinary ............................. 5-124
5-15 COMPLIANCE ACHIEVEMENT REPORT ................. 5-125
5-16 FACTS REIMBURSABLE CHECK BOX ................... 5-126
5-17 FORM FDA 4056 - PRODUCE FARM INSPECTION
OBSERVATIONS ............................................................. 5-127

## SUBCHAPTER 5.1 - INSPECTION INFORMATION

## 5.1.1 - AUTHORITY TO ENTER AND INSPECT

See IOM 2.2 for discussion of statutory authority.

It is your obligation to fulfill the following requirements because failure to do so may prevent use of evidence and information obtained during the inspection.

There may be occasions where you may be accompanied on your inspection or investigation by other officials. These officials may be state or local officials who have their own inspectional authority or other officials who do not have authority to enter the firm. You should obtain permission from the firm's most responsible person if officials without inspection authority wish to accompany you during your inspection/investigation. You should document in your EIR

Case 1:20-cv-00812-LCB-JLW     Document 42-3     Filed 03/03/21     Page 7 of 16

## 5.2.2.9 - Working with a Grand Jury

Finally, if you are assigned to work with a grand jury, you should not participate in a regulatory inspection or other regulatory matter involving the same firm or individual(s). Such participation is contrary to long standing agency policy, might be unlawful, and could result in sanctions against the investigator and the agency. You should not participate in any regulatory matters that could result in improper disclosure of grand jury information, even after the grand jury investigation is closed. Grand jury proceedings remain secret even after they are concluded. Under no circumstances should you undertake such participation without first obtaining clearance from the Department of Justice attorney or the Office of Chief Counsel attorney assigned to the grand jury case. See IOM 2.2.7.3 for additional information on Grand Jury proceedings.

## 5.2.3 - REPORTS OF OBSERVATIONS

The FDA 483, Inspectional Observations (see Exhibit 5-5) and the FDA 4056 Produce Farm Inspection Observations (See Exhibit 5-18) is intended for use in notifying the inspected establishment's top management in writing of significant objectionable conditions, relating to products and/or processes, or other violations of the FD&C Act and related Acts (see IOM 5.2.3.2) which were observed during the inspection. These observations are made when in the investigator's **"judgment",** conditions or practices observed, indicate that any food, drug, device, or cosmetic have been adulterated or are being prepared, packed, or held under conditions whereby they may become adulterated or rendered injurious to health. The issuance of written inspectional observations is mandated by law and ORA policy.

Be alert for specific guidance in assignments or Compliance Programs which may supplement the following general instructions.

All FDA-483s and FDA 4056s should adhere to the following general principles:
1. Observations which are listed should be significant and correlate to regulated products or processes being inspected.
2. Observations of questionable significance should not be listed on the FDA-483 and FDA 4056, but will be discussed with the firm's management so that they understand how uncorrected problems could become a violation. This discussion will be detailed in the EIR.

All FDA-483s and FDA 4056s should have the following characteristics to be useful and credible documents:
1. Each observation should be clear and specific.
2. Each should be significant. Length is not necessarily synonymous with significance.
3. Observations should not be repetitious.
4. The observations should be ranked in order of significance.
5. All copies of the FDA-483 and FDA 4056 should be legible.

If an observation made during a prior inspection has not been corrected or is a recurring observation, it is appropriate to note this on the FDA 483 and FDA 4056.

Investigators and analysts should make every reasonable effort to discuss all observations with the management of the establishment as they are observed, or on a daily basis, to minimize surprises, errors, and misunderstandings when the FDA 483 or FDA 4056 is issued. This discussion should include those observations, which may be written on the FDA 483 or FDA 4056 and those that will only be discussed with management during the closeout meeting. Industry may use this opportunity to ask questions about the observations, request clarification, and inform the inspection team what corrections have been or will be made during the inspection process. Investigators are encouraged to verify the establishment's completed corrective actions as long as the verification does not unreasonably extend the duration of the inspection.

Corrective actions observed during a produce safety inspection are noted on the FDA 4056. Corrective actions not related to a significant observation are noted in the inspection notes and in the EIR. For annotations of the FDA 4056, refer to Section 5.2.3.4 - Annotation of the FDA 483 and the FDA 4056.

Include the results of confirmed positive environmental samples on the FDA-483 or the FDA 4056 if results are known prior to closeout for food inspections. The investigator should not prolong the inspection if the results are not known prior to close-out of the inspection.

There may be instances where same day discussion of observations may not be possible due to the volume of documents collected and document review reveals observations on a different day than the documents were collected or in other circumstances. When these instances occur immediately prior to the conclusion of the inspection the lack of a daily discussion of observations does not preclude listing of significant observations which were not previously discussed on the FDA 483 or the FDA 4056.

### eNSpect

eNSpect is an automated FDA 483, FDA 4056 and EIR reporting system. Use eNSpect to generate the FDA 483 or FDA 4056 where applicable cite modules exist. eNSpect should not be used to create an FDA 483 or during an inspection of a firm involving multiple commodity areas when FDA 483 cites do not exist for ALL of the commodity areas for which observations need to be included on the FDA 483. You should be able to write the entire FDA 483 and FDA 4056 using eNSpect.

Use eNSpect for all EIRs whether or not your FDA 483 or FDA 4056 was generated using eNSpect and when no FDA 483 was issued. See IOM 5.11.4.

**5-20**

## 5.2.3.1 - Preparation of Form FDA 483

It is not necessary to complete all headings of the FDA 483, when multiple page 483s are issued. Complete all headings on the first page and, on subsequent pages, only those necessary to identify the firm and dates inspected. FDA 483s should be issued at the conclusion of the inspection and prior to leaving the premises. However, in preparing some complex FDA 483s, it may be necessary to leave the premises and return at a later time to issue and discuss your inspectional observations. In this case, you should advise the firm's management your inspection has not been completed and you will return to issue the FDA 483 and discuss inspectional findings. There should be no unreasonable or unwarranted delays in issuing and discussing the FDA 483. During the inspection, do not show the firm's management a draft, unsigned copy of the FDA 483 or an electronic copy of the FDA 483 on your computer screen. You should issue only a signed FDA 483 at the closeout discussion with management.

### 5.2.3.1.1 - INDIVIDUAL HEADINGS

**District Office Address and Phone Number** - Legibly print the District address. Include the district office commercial telephone number and area code.

See IOM 1.6.5.1 – Professional Stature for situations where firms express a concern during routine enforcement activities where an FDA 483 was not issued, or the activity is not an inspection.

**Name and Title of individual to whom report is issued** - Enter legal first name, middle initial and last name and full title of the person to whom the form is issued.

**Firm or Farm name** - Enter full, legal name of the firm, including any abbreviations, quotation marks, dashes, commas, etc.

**Street address, city, state and Zip Code** - Enter street address, city, state and Zip Code. (Not P.O. Box unless P.O. Box is part of the address such as on a Rural Route).

**Date(s) of inspection** - Enter actual or inclusive date(s) of inspection.

**FEI Number** - If the FDA Establishment Identifier is on the assignment, enter it here. If not readily available, leave blank.

**Type of establishment inspected** - Enter the types of the establishment, such as bakery, cannery, wholesale warehouse, drug repacker, salvage warehouse, etc.

**Employee(s) signature and Employee(s) name and title** - The names of everyone who participated in the inspection with the issuance of an FDA 482 should be listed on the FDA 483, FDA 483a, and FDA 4056 even if they are not available to sign the FDA 483, FDA 483a, and FDA 4056. Each member of an inspection team should sign the FDA 483, FDA 483a, and FDA 4056. However, absence of a team member at the conclusion of an inspection need not prevent issuance of the FDA 483, FDA 483a, or FDA 4056. See IOM 5.1.2.5.1. If you use an electronically generated FDA 483, FDA 483a, or FDA 4056, assure you have a copy for the program division files -- an unsigned photocopy or printed duplicate is unacceptable. See IOM 5.2.3.6.2.

Additional headings on the FDA 4056:

**Name of State and Department (*if acting under the commission with FDA*)** – if the FDA 4056 is used by a state acting under FDA commission, the name of the agency. For an FDA led inspection, place "N/A" in this box.

**Farm Mailing Address** – Address, city, state, and zip code at which the farm receives mail

**Farm Physical Location, If Different From Mailing Address – Location Identifiers Such As GPS Coordinates**

**Type of Inspection** -

> Initial – first inspection of the farm
> Routine – normal surveillance inspection
> Follow-up – follow-up to a violative  inspection
> For-cause – inspection to follow-up on a specific issue, such as an outbreak or positive sample
> Other (please specify) – inspection that doesn't meet one of the other categories (will be used very rarely)

For an initial inspection, you will check both the initial box and select an additional box (routine, for-cause or other box) as appropriate for the type of inspection conducted.

**Crops Observed** - List the crops for which some element of growing, harvesting, packing, and/or holding were observed during the inspection. If the farm grows or handles other crops but those crops were not observed during the inspection, do not list them.

### 5.2.3.1.2 - SIGNATURE POLICY

Everyone present at issuance signs the first and last pages of the FDA 483 and initials each intervening page in the signature block.

NOTE: if you are not using the official multi-part FDA 483 form and a copier is not available, insert carbon paper to reproduce a signed copy of the FDA 483.

NOTE: If issuing the FDA 483 using eNSpect, the lead CSO's signature will appear on all pages of the FDA 483 and the remaining team members' signature will appear on the last page.

On the FDA 4056, the signature is captured on one page in the FDA Representative Signature block. The preferred method of issuance of an FDA 4056 is an electronic copy, a paper copy should only be issued if there are circumstances which an electronic copy is not feasible.

**5-21**

Case 1:20-cv-00812-LCB-JLW   Document 42-3   Filed 03/03/21   Page 9 of 16

When issuing an electronic FDA 4056, the lead FDA representatives should electronically sign the document. All FDA representatives present during the inspection, names are to be listed in the Representative(s) Name and Title box.

If an FDA 4056, paper copy is issued all FDA representatives present at the close out of the inspection are to sign the document. A copy of the 4056 will need to be obtained for inclusion in the EIR.

See IOM 5.2.3.6 -Distribution of the FDA 483 and FDA 4056.

## 5.2.3.1.3 - DATE ISSUED

Enter the date the form is actually issued to the firm's management.

## 5.2.3.1.4 - OBSERVATIONS

Where applicable, when formulating each FDA 483, FDA 483a, and FDA 4056 observation, answer Who (using titles or initials when necessary), What, When, Where, Why, How Much and How Often?  Challenge each observation by asking "So What"? (regarding its significance)

Enter your reportable observations succinctly and clearly. Conditions listed should be significant and relate to an observed or potential problem with the facility, equipment, processes, controls, products, employee practices, or records. "Potential problems" should have a reasonable likelihood of occurring based upon observed conditions or events. Do not cite deviations from policy or guidance documents on your FDA 483, FDA 483a, and FDA 4056.

As appropriate, FDA 483, FDA 483a, and FDA 4056 observations should include relationship of observations to a given population, for example, "Two out of 50 records examined were * * *" or "4 out of 12 bags examined were ***." When appropriate, an FDA 483, FDA 483a, and FDA 4056 observation may refer to inadequate situations as long as you provide supporting facts (examples) or explanation as to why the condition, practice or procedure observed is inadequate.

It is preferred not to identify individuals or firms by name i.e., suppliers and consignees within the FDA 483, FDA 483a, and FDA 4056. Where appropriate to support the FDA 483, FDA 483a, or FDA 4056 observation, identify the individual(s) or firm(s) by substituting other non-specific identifying information as below. Document your evidence in your EIR, fully explaining the relationship(s).
1. The lot number for a component received from or shipped to firm "A".
2. The invoice number for a shipment from or to firm "A".
3. A patient #, record #. See IOM 5.2.3.3 item 7.
4. The study number for a particular Clinical Investigator site.
5. Other necessary but non-specific identifying information to show the observation's relationship to a particular firm and/or individual.

Presently there are three ways to issue an FDA 483, FDA 483a, and FDA 4056.
1. eNSpect
2. Traditional hard copy
3. Electronic (non-eNSpect) version

When using a traditional hard copy FDA 483 or electronic (non-eNSpect) version of the FDA 483, the current version of the 483 must be used. As of the printing of the current IOM, the current version of the FDA 483 is dated 9/08.

## 5.2.3.1.5 - MEDICAL DEVICE INSPECTIONS

The following language should be inserted on the FDA 483 in addition to the above statement: "The observations noted in this form FDA 483 are not an exhaustive listing of objectionable conditions. Under the law, your firm is responsible for conducting internal self-audits to identify and correct any and all violations of the quality system requirements."

## 5.2.3.1.6 - CORRECTION OF FDA 483, FDA 483a, and FDA 4056 ERRORS

These procedures do not pertain to adverse conditions noted and then corrected during the inspection. Observations of this type stand and should remain on the FDA 483, FDA 483a, and FDA 4056.

The Inspectional Observations (FDA 483), Request for FSVP Records (FDA 483a) and Produce Farm Inspection Observations (FDA 4056) is of critical importance to both the Agency and regulated industry. Individual FDA 483s, FDA 483a, or FDA 4056 may become public through publishing in industry trade press, FOI inquiries, Headquarters postings and other means. Therefore, complete and accurate documentation of corrections to this official document is critical.

### 5.2.3.1.6.1 - Errors Discovered Prior to Leaving the Establishment

Non-eNSpect, FDA 483s, FDA 483a, and FDA 4056s:

1. Make handwritten changes to correct the error/s on the original FDA 483, FDA 483a, or FDA 4056 and initial the changes. Correct errors by striking through the erroneous text and entering the correct information (if any). When possible retrieve and destroy all uncorrected copies of the FDA 483, FDA 483a, or FDA 4056 either provided to or produced by the establishment.
2. If the establishment has photocopying equipment available and will provide you with a copy of the corrected original FDA 483, FDA 483a, or FDA 4056 then obtain a copy of the corrected original document from the establishment. If the establishment has no such equipment or refuses to provide you with a copy of the original corrected FDA 483, FDA 483a, or FDA 4056 then make the corrections, initial the changes and retain

**5-22**

a copy of the corrected FDA 483, FDA 483a, or FDA 4056 for your Division's official establishment file.

eNSpect FDA 483s:

All corrections/deletions should be made in eNSpect. If there are technical difficulties which prevent you from issuing a modified eNSpect 483, you may handwrite the corrections on the original (maintain a copy for the EIR) and inform the firm representatives that you will make corrections and provide them with the corrected eNSpect 483.

1. Changes made to correct errors in the text of the observation will show on the face of the final printed FDA 483. Changed Text deletions will remain visible as strike through and correction made. For example, "lot ~~1234~~ **5678**" – (select text, right click, select font and select strike-through) or from "lot 1234" to "lots 1234 and 5678" and bold the changes "lots 1234 **and 5678**"
2. If an entire observation is removed or the underlying citation is changed, incidental text will be used to add the statement "An observation concerning \*\*\* was removed [or the underlying citation was changed] based on discussions with management."
3. Addition of a new observation or changes to the observation.

## 5.2.3.1.6.2 - Errors Discovered after Leaving the Establishment

Normally, you should not use the amendment process to issue additional FDA 483, FDA 483a, or FDA 4056 items after the inspection has been closed out and you have left the premises.

1. Non-eNSpect, FDA 483s, FDA 483a, FDA 4056s: Discuss any errors with your supervisor. If necessary, a revised FDA 483, FDA 483a, or FDA 4056 will be prepared.
2. eNSpect FDA 483s, FDA 483a, and FDA 4056s: Discuss any errors with your supervisor. Make all corrections/deletions in eNSpect per 5.2.3.1.6.1.
3. Issuing FDA 483s, FDA 483a, or FDA 4056s: Personally deliver the amended FDA 483, FDA 483a, or FDA 4056 to the firm for discussion. If personal delivery is not practical, mail the amendment to the firm with a full explanation cover letter. Include a copy of the original FDA 483, FDA 483a, or FDA 4056, amended FDA 483, FDA 483a, or FDA 4056, and cover letter in the EIR. In addition, you should call the person to whom the original FDA 483, FDA 483a, or FDA 4056 was issued to discuss the change(s). Document your discussion in your EIR.

**NOTE**: The issuance of an amended FDA 483, FDA 483a, or FDA 4056 in person or via mail does not change the inspectional end date.  The inspectional end date remains as the date the original FDA 483, FDA 483a, or FDA 4056 was issued.

FDA 483s, FDA 483a, and FDA 4056s should be issued in eNSpect unless there are no commodity specific cites in eNSpect, technical difficulties, or certain multiple commodity situations (See IOM 5.2.3) Other options are:

1. Electronic (non-eNSpect) version of the FDA-483, FDA 483a, or FDA 4056.
2. Handwritten FDA 483, FDA 483a, or FDA 4056.

When using a handwritten or electronic (non-eNSpect) version of the FDA 483, FDA 483a, or FDA 4056, the current version must be used.

## 5.2.3.2 - Reportable Observations

You should cite factual observations of significant deviations from the FD&C Act [21 U.S.C. 301], PHS Act, 21 CFR, and other acts where FDA has enforcement authority unless these cites require concurrence or are specifically prohibited – see IOM 5.2.3.3 Non-Reportable Observations. Examples of these observations generally fall into two categories.

## 5.2.3.2.1 – Adulteration Observations

Review Sections 402, 501, 505(k), 601, and 704 of the FD&C Act [21 U.S.C. 342, 351, 355(k), 361, and 374]. Include specific factual observations of:

1. Foods, drugs, devices, or cosmetics consisting in whole or in part of filthy, putrid, or decomposed substances.
2. Undesirable conditions or practices, bearing on filth or decomposition, which may reasonably result in the food, drug, device, or cosmetic becoming contaminated with filth.
3. Insanitary conditions or practices which may reasonably render the food, drug, device, or cosmetic injurious to health.
4. Careless handling of rodenticides or pesticides.
5. Results of field tests (organoleptic examination of fish, crackout of nuts, etc.) if the results revealed adulteration.
6. Observations of faulty manufacturing, processing, packaging, or holding, of food, drug, or device products as related to current good manufacturing practice regulations including inadequate or faulty record keeping.
7. Observations of faulty can closures and/or deviations from recommended processing times and temperatures.
8. Deviations from the animal proteins prohibited in ruminant feeds requirements (21 CFR 589.2000).
9. Results of analytical laboratory findings which reveal adulteration.

## 5.2.3.2.2 - OTHER OBSERVATIONS

You may include other factual observations of significant deviations from the FD&C Act [21 U.S.C. 301], 21 CFR, Government Wide Quality Assurance Program (GWQAP) requirements, and other Acts as directed by CPs and other agency directives. In some cases, you may cite labeling deviations as directed below.  This list is not all inclusive.

**5-23**

1.  Observations indicating non-conformity with commitments made in a New Drug Application, New Animal Drug Application, or in an antibiotic certification or certification exemption form. See Section 505 FD&C Act, [21 U.S.C. 355].
2.  Observations, forming the basis for product non-acceptance under the Government Wide Quality Assurance Program (GWQAP). See IOM 5.2.3.5.
3.  Deviations from blood and blood products labeling requirements as specified in 21 CFR 606.121 and 21 CFR 640.
4.  Animal protein products, and feeds containing such products, that are not in compliance with the labeling requirements of paragraphs (c) through (f) of 21 CFR 589.2000. See Section 403(a)(1) or 403(f) of the FD&C Act [21 U.S.C. 343(a)(1) or 343(f)].
5.  Deviations from the applicable labeling regulations for human cells, tissue, and cellular and tissue-based products (HCT/Ps) as specified in 21 CFR 1271 and CP 7341.002.
6.  Observations indicating drug misuse, failure to maintain proper drug use records, and/or poor animal husbandry practices during drug residue investigations. See the applicable Compliance Program(s) for guidance.
7.  Observations indicating non-conformity with the post marketing adverse drug experience reporting requirements as specified in 21 CFR 310.305, 314.80, 314.98, 314.540, or 600.80 or other post marketing requirements as specified in 21 CFR 314.81 or 600.14. See Sections 505 and 760 of the FD&C Act [21 U.S.C. 355(k) and 379aa].
8.  Observations indicating non-conformity with the Medical Device Reporting requirements as specified in 21 CFR 803 {See Section 519(a) of the FD&C Act [21 U.S.C. 360i]}; the Medical Devices Reports of Corrections and Removals requirements as specified in 21 CFR 806 {See Section 519(f) of the FD&C Act [21 U.S.C. 360i(f)]}; the Medical Device Tracking requirements as specified in 21 CFR 821 {See Section 519(e) of the FD&C Act [21 U.S.C. 360i(e)]} and the Unique Device Identification (UDI) requirements of 21 CFR 801 Subpart B and 21 CFR 830.
9.  Observations indicating noncompliance with medical device pre-market notification requirements and pre-market approval requirement under FD&C Act sections 510(k) and 515 [21 U.S.C. 360 (k) and 360e] respectively, should only be made with the prior confirmation of CDRH and/or CBER.
10. 21 CFR PART 200.10 does allow reporting observations noted at a contract facility to the contracting facility. Before doing this, check with your supervisor to determine if this is appropriate.
11. Observations indicating non-compliance with LACF/Acidified food registration and failure to file scheduled processes. Before doing this, verify lack of such, as covered in CP 7303.803A.

12. Deviations from the applicable labeling requirements for outsourcing facilities as specified in Section 503(B)(a)(10) of the FD&C Act.

## 5.2.3.3 - Non-Reportable Observations

Do not report opinions, conclusions, or characterize conditions as "violative." The determination of whether any condition is violative is an agency decision made after considering all circumstances, facts and evidence. See IOM 5.2.7 involving discussions with management at which time opinions may be discussed.

Do not quote Regulations (e.g., specific CFR sections) when listing items.

Do not report observations pertaining to:
1.  Label and labeling content, except per IOM 5.2.3.2.2, items 2, 3, 4, 5, and 12 above.
2.  Promotional materials.
3.  The classification of a cosmetic or device as a drug.
4.  The classification of a drug as a new drug.
5.  Non-conformance with the New Drug Regulations, 21 CFR 312.1 (New Drugs for Investigational Use in Human Beings: Exemptions from Section 505(a)) unless instructed by the particular program or assignment.
6.  The lack of registration required by Section 415 and 510 of the FD&C Act. The lack of registration per 21 CFR 1271 Subpart B Procedures for Registration and Listing, promulgated under Section 361 of the PHS Act.
7.  Patient names, donor names, etc. If such identification is necessary, use initials, code numbers, record numbers, etc.
8.  Corrective actions. Specific actions taken by the firm in response to observations noted on the FDA 483, FDA 483a or during the inspection are not listed on the FDA 483 or FDA 483a but are reported in the EIR. Except as described in IOM 5.2.3.4.
9.  The use of an unsafe food additive or color additive in a food product.

Use eNSpect to document in the "Summary" and "General Discussion with Management" section Non-Reportable Observations, which you discussed with management. These objection-able conditions fall into three basic categories:
1.  Observations of significant deviations from specific Laws and/or regulations, non-reportable items 1-9 above.
2.  Observations of deviations from specific Laws and/or regulations, which in your judgment, are of "questionable significance" and "deemed not to merit inclusion on the FDA 483, FDA 483a, or FDA 4056," but do warrant discussion with management.
3.  Observations which in your judgment deviate from official published guidance, not regulations, but warrant discussion with management.

The reporting of observations for an FDA 483 or FDA 483ain these 3 categories is as follows:

Category 1: You should select the appropriate eNSpect cite, verify or set the "Print type" to "Do Not Print," and save the observation in the eNSpect database. This should be done even if there are no other reportable observations. For

**5-24**

example, Lack of Food Registration as covered in IOM 5.4.1.5.2 is not reportable.

Category 2 or 3: You should always report these two categories of observations which were discussed with management under the "General Discussion with Management" heading in the EIR as specified by IOM 5.11.4.3.15. You have options in choosing how observations in category 2 are reported. You may select the appropriate cite in eNSpect, enter the "specifically" text regarding the observation, and discussion with management, set it to "Do not print", save, and it will be automatically entered into the eNSpect when it is generated.

The second option which is also true for category 3 (i.e., there are no eNSpect cites for official guidance, only regulations) is the observation/s discussed with management may be entered directly into the eNSpect EIR under the "General Discussion with Management."

## 5.2.3.4 - Annotation of the FDA 483 and FDA 4056

Offer to annotate the FDA 483 for all medical device inspections. The program division has discretion to annotate the FDA 483s in other program areas. BIMO inspections are generally excluded from annotations. Annotations of FDA 483s for inspections in other program areas may be done if both the establishment and the investigator/team believe annotation will facilitate the inspection process. When an FDA 483 is annotated it should be done in accordance with the guidance that follows.

Inform the establishment of the annotation program at some point prior to the final discussion with management. Determine from management whether they wish to have their FDA 483 observations annotated. It is voluntary on the part of the establishment. If the establishment does not want one or more observations annotated, you must honor the request.

The actual annotation of the FDA 483 should occur during the final discussion with management. The annotations are succinct comments about the status of the FDA 483 item. The annotations can be made after each observation, at the end of each page of the FDA 483 or at the bottom of the last page of the FDA 483 prior to the investigator's signature. See IOM 5.2.3 for discussions of FDA 483 observations with management.

If the establishment has promised and/or completed a corrective action to an FDA 483 observation prior to the completion of the inspection, the FDA 483 should be annotated with one or more of the following comments, as appropriate:
1.  Reported corrected, not verified.
2.  Corrected and verified.
3.  Promised to correct.
4.  Under consideration.

On the FDA 4056, if the produce farm has corrected the item or has committed to correct it, the Description section should include one of the following annotations:
1. Reported corrected, not verified.
2. Corrected and verified.
3. Promised to correct.

The term "verified" means "to confirm; to establish the truth or accuracy". In this case, you must do the verification. In some situations, you will not be able to verify the corrective action unless there is further program division or Center review or until there is another inspection of the establishment.

The establishment's stated objections to any given observation or to the FDA 483 or FDA 4056, as a whole should not be annotated on the FDA 483 or FDA 4056. If firm does not wish to annotate and FDA 483, then select no annotation in eNSpect, or if issued outside eNSpect, do not annotate.  The EIR should include the establishment's objections to the observation and the fact the establishment declined to have the observation annotated.

When an establishment has promised corrections and furnishes a date or timeframe (without a specific date) for completion, then you may add "by xxx date" or "within xxxx days or months" in the annotation. Where the investigator and the establishment have "agreed to disagree" about the validity of an observation on the FDA 483, you may annotate this observation with "Under consideration" or with no annotation based on the establishment's desire.

All corrective actions taken by the establishment and verified by FDA should be discussed in detail in the EIR.

## 5.2.3.5 - Government Wide Quality Assurance Program (GWQAP)

When performing product acceptance examinations under the GWQAP, you must discuss all deficiencies with management and report these deficiencies in writing on the FDA 483. This includes all deficiencies related to the FD&C Act as well as deficiencies in complying with contract requirements, which result in non-acceptance. There must be a clear differentiation on the FDA 483 between these two types of deficiencies.

Enter the FD&C type deficiencies (GMP deviations, etc.) first on the FDA 483. If there are deficiencies in contract provisions, draw a line across the sheet and add a heading "The Following Additional Contract Non-Conformances Were Observed." Enter each deficiency, which forms a basis for non-acceptance, followed by the reference to the applicable contract requirement or specification.

**5-25**

## 5.2.3.6 - Distribution of the FDA 483, FDA 483a, and FDA 4056

Be sure printed versions of the signed FDA 483s, FDA 483a, and FDA 4056s are legible.

A copy should be sent to the top management of the firm including foreign management, unless the individual to whom you issued the original is the top official of the firm.

### 5.2.3.6.1 – Non-eNSpect generated FDA 483, FDA 483a, and FDA 4056

Before leaving the premises at the end of the EI, print and present the issued FDA 483, FDA 483a, or FDA 4056 to the most responsible individual   Upload into eNSpect one copy of any signed, modified, and/or amended FDA 483, FDA 483a or FDA 4056, issued to the firm.

### 5.2.3.6.2 – eNSpect generated FDA 483, FDA 483a, and FDA 4056

Before leaving the premises at the end of the EI, present the printed signed FDA 483, FDA 483a, or FDA 4056 to the most responsible person available.

## 5.2.4 - RECEIPT - FACTORY SAMPLES

You must issue an FDA 484, Receipt for Samples, if you collect any physical sample during an inspection. At the end of the EI and prior to leaving the premises, issue the original FDA 484 to the same individual who received the FDA 482. (See IOM 4.2.5) If this person is not available, give it to someone else who meets the definition of owner, operator, or agent in charge. Submit an exact copy with the EIR. Do not comment on type of examination expected or promise a report of analysis.

### 5.2.4.1 - Items Requiring Receipt

Issue an FDA 484 for any item of food, drug, device, or cosmetic actually removed from the establishment.

NOTE: A receipt must always be issued to anyone from whom you obtain Rx drugs. This includes individuals as well as firms. See IOM 4.2.5.4 and IOM 4.4.10.3.44.

The following are examples of exhibit materials also requiring a Receipt for Samples:
1. Air filter pads,
2. Rodent pellets, nesting material, package cuttings, insects, insect frass and
3. Any other physical evidence actually removed from the plant, including in-line and environmental swabs.

### 5.2.4.2 - Items Not Requiring Receipt

Do not issue an FDA 484 for:

1. Items or materials examined during the inspection but not removed from the establishment (report adverse results of analysis of materials on FDA 483 and FDA 4056 as indicated in IOM 5.2.3.2),
2. Labels and labeling, including promotional material,
3. Photographs taken during the inspection, or
4. Record(s): including production, quality control, shipping and interstate records.

Firm management may request copies of documents or records you obtain from their firm. There is no objection to supplying them.

See IOM 5.3.8.5 for procedures when a firm requests a receipt for records copied during an inspection or investigation.

## 5.2.5 - INSPECTION REFUSAL

A refusal is refusal to permit an inspection or prohibiting you from obtaining information to which FDA is entitled under the law.  Discuss all refusals with the most responsible official present at the firm at the time the refusal was made. See IOM 4.2.3 for information regarding refusal to permit sampling.

In the case of a refusal you must show your inspection was attempted to conduct in reasonable time, reasonable manner, and reasonable limit to show you exercised prudence to avoid refusal. You must have presented your credentials and given the responsible individual a properly prepared and signed Notice of Inspection, FDA 482 or FDA 482d Request for FSVP Records.

Inspection refusals may take several forms. All refusals to permit inspection must be reported in your EIR under the "Refusals" heading.

In the case of drug inspections, inspection refusals, as well as delaying, denying, or limiting your ability to conduct the inspection, may cause a drug to be deemed adulterated under Section 501(j) of the FD&C Act [21 U.S.C. 351(j)]. See subsection 5.5.5.8 in Subchapter 5.5 (Drugs) for further guidance on responding to these situations.

### 5.2.5.1 - Refusal to Permit Inspection

When you are faced with a refusal of entry, call the person's attention to the pertinent sections of the Acts (Sections 301(f) and 704 of the FD&C Act [21 U.S.C. 331 (f) and 374] and Section 351(c), 360A(a), (b) and (f); 360B(a); and 361(a) of the Public Health Service Act. Portions of these are listed on the front and back of the FDA 482. If entry is still refused, leave the completed FDA 482, leave the premises and telephone your supervisor immediately for instructions.

Note: CPG Sec. 130.100 Inspectional Authority; Refusal to Permit Inspection

In the case of drug inspections, if the person refuses entry or delays, denies, or limits your ability to conduct the

**5-26**

## 5-5 FORM FDA 483

<table>
<tr><td colspan="3" align="center">DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION</td></tr>
<tr>
<td colspan="2">DISTRICT OFFICE ADDRESS AND PHONE NUMBER<br>Minneapolis District<br>250 Marquette Ave. South, Suite 600<br>Minneapolis, MN 55401<br>Industry information: www.fda.gov/oc/industry</td>
<td>DATE(S) OF INSPECTION<br>10/5-7/2008<br><br>FEI NUMBER<br>0000112233</td>
</tr>
<tr>
<td colspan="3">NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT IS ISSUED<br><br>**TO**: William S. Gundstrom, Vice President, Production</td>
</tr>
<tr>
<td colspan="2">FIRM NAME<br>Topline Pharmaceuticals "T.L.P."</td>
<td>STREET ADDRESS<br>2136 Elbe Place</td>
</tr>
<tr>
<td colspan="2">CITY, STATE AND ZIP CODE<br>Jackson, MN   55326</td>
<td>TYPE OF ESTABLISHMENT INSPECTED<br>Tablet Repacker</td>
</tr>
</table>

THIS DOCUMENT LISTS OBSERVATIONS MADE BY THE FDA REPRESENTATIVE(S) DURING THE INSPECTION OF YOUR FACILITY. THEY ARE INSPECTIONAL OBSERVATIONS; AND DO NOT REPRESENT A FINAL AGENCY DETERMINATION REGARDING YOUR COMPLIANCE. IF YOU HAVE AN OBJECTION REGARDING AN OBSERVATION, OR HAVE IMPLEMENTED, OR PLAN TO IMPLEMENT CORRECTIVE ACTION IN RESPONSE TO AN OBSERVATION, YOU MAY DISCUSS THE OBJECTION OR ACTION WITH THE FDA REPRESENTATIVE(S) DURING THE INSPECTION OR SUBMIT THIS INFORMATION TO FDA AT THE ADDRESS ABOVE. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT FDA AT THE PHONE NUMBER AND ADDRESS ABOVE.

DURING AN INSPECTION OF YOUR FIRM (I) (WE) OBSERVED:

List your significant observations ranked in order of significance.

See IOM 5.2.3, 5.2.3.1, 5.2.3.2, and 5.2.3.3

<table>
<tr>
<td>*SEE REVERSE OF THIS PAGE*</td>
<td>EMPLOYEE(S) SIGNATURE<br>*Sylvia H. Rogers*</td>
<td>EMPLOYEE(S) NAME AND TITLE *(Print or Type)*<br>Sylvia H. Rogers, Investigator</td>
<td>DATE ISSUED<br>10/7/2008</td>
</tr>
</table>

**FORM FDA 483 (9/08)**      PREVIOUS EDITION OBSOLETE          **INSPECTIONAL OBSERVATIONS**          PAGE 1 of 1 PAGES

**5-107**

Case 1:20-cv-00812-LCB-JLW     Document 42-3     Filed 03/03/21     Page 15 of 16

The observations of objectionable conditions and practices listed on the front of this form are reported:

1. Pursuant to Section 704(b) of the Federal Food, Drug and Cosmetic Act, or

2. To assist firms inspected in complying with the Acts and regulations enforced by the Food and Drug Administration.

Section 704(b) of the Federal Food, Drug, and Cosmetic Act (21 USC 374(b)) provides:

"Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgement, indicate that any food, drug, device, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary."

FORM FDA 483 (9/08)

**5-108**