# EXHIBIT 15



‹ **Facilities**
## Durham, NC, USA

**Address**

3501 Tricenter Blvd
Durham, NC 27713, USA

**Contact**

Tel: +1 919-544-8600
Fax: +1 919-206-7279



## Contact Cambrex



**Stephanie Raines**
Manufacturing Technician

## Overview

From our site in Durham, NC we offer the following services; analytical development & testing, process chemistry, API manufacturing, and stability storage & testing.

Home to a team of 100+ people, the site is comprised of 100,900 square feet. The site includes state-of-the-art analytical instrumentation, non-GMP and cGMP kilo labs, walk-in vault for controlled substance manufacture, analytical support services for GMP and non-GMP projects, chemical R&D fully equipped bench-top and walk-in hoods, and dedicated suite for DEA controlled substance production.

The Durham facility has the following registration certifications:

› NC DHHS Controlled Substances Registration Certificate for Manufacturing

› NC DHHS Controlled Substances Registration Certificate for Research

› NC DHHS Controlled Substances Registration Certificate for Analytical

› US DEA Controlled Substances Registration Certificate for Manufacturing

› US DEA Controlled Substances Registration Certificate for Research

› US DEA Controlled Substances Registration Certificate for Analytical

Case 1:20-cv-00812-LCB-JLW     Document 42-15     Filed 03/03/21     Page 2 of 3

## Facility details

> Process chemistry services

> API manufacturing

> Analytical testing and development

> Stability storage and testing



Get Directions to Cambrex Durham    ›

View career opportunities at Cambrex Durham    ›

Case 1:20-cv-00812-LCB-JLW     Document 42-15     Filed 03/03/21     Page 3 of 3