## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>Defendants. | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN CONSOLIDATED AMENDED COMPLAINT**<br><br>Case 1:20-cv-00812-LCB-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

Pursuant to Rule 201 of the Federal Rules of Evidence and decisional law, Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook ("Defendants") hereby request an order taking judicial notice of exhibits attached to the Declaration of John C. Roberts Jr. in Support of their Motion to Dismiss Consolidated Class Action Complaint and/or considering those exhibits to be incorporated by reference into Plaintiff's Consolidated Amended Class Action Complaint ("Complaint") (ECF No. 30). Defendants rely on the grounds contained in their Memorandum in Support of Request for Judicial Notice and Consideration of Documents Incorporated by Reference, filed contemporaneously herewith. Defendants respectfully request oral argument.

Respectfully submitted this 3rd day of March 2021.

**WYRICK ROBBINS YATES & PONTON LLP**

By: /s/ Lee M. Whitman
Lee M. Whitman (N.C. Bar No. 20193)
Samuel A. Slater (N.C. Bar No. 43212)
lwhitman@wyrick.com
sslater@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone:  (919) 781-4000
Facsimile:   (919) 781-4865

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By: /s/ Gregory L. Watts
Gregory L. Watts (WA Bar No. 43995)
John C. Roberts Jr. (WA Bar No. 44945)
Tyre L. Tindall (WA Bar No. 56357)
gwatts@wsgr.com
jroberts@wsgr.com
ttindall@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone:(206) 883-2500
Facsimile:  (206) 883-2699

*Attorneys for Defendants Fennec*
*Pharmaceuticals Inc., Rostislav Raykov,*
*Robert Andrade, Chris A. Rallis, Marco*
*Brughera, Adrian J. Haigh, Khalid*
*Islam, and Jodi Cook*

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record.

This the 3rd day of March 2021.

**WYRICK ROBBINS YATES & PONTON LLP**

By: /s/ Lee M. Whitman

Lee M. Whitman (N.C. Bar No. 20193)
lwhitman@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865