**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN CONSOLIDATED AMENDED COMPLAINT**<br><br>Case 1:20-cv-00812-LCB-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

This matter came before the Court pursuant to Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Consolidated Amended Complaint (the "Request"). The Court, having considered the documents filed in support of and in opposition to the Request, the pleadings and the file in this action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Consolidated Amended Complaint is GRANTED.

The Court hereby deems Exhibits 4-15 to the Declaration of John C. Roberts Jr. in Support of Defendants' Motion to Dismiss Consolidated Amended Complaint ("Roberts

Declaration") to be incorporated by reference into the Consolidated Amended Complaint. The Court hereby takes judicial notice of Exhibits 1-3 and 6 to the Roberts Declaration.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
UNITED STATES DISTRICT JUDGE
LORETTA COPELAND BIGGS

2