IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JIM CHAPMAN, Individually and on )
Behalf of All Others Similarly Situated, )
            )
    Plaintiff, )
            )
  v.        )   1:20CV812
            )
FENNEC PHARMACEUTICALS INC., )
et al.,         )
            )
    Defendants. )

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 16, 2021, was served on the parties in this action. (ECF Nos. 48, 49). Lead Plaintiff Daniel Malakoti filed an objection to the Recommendation. (ECF No. 55).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss, (ECF No. 40), is GRANTED as to Lead Plaintiff Daniel Malakoti's Consolidated Amended Class Action Complaint asserting claims of securities fraud in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Securities and Exchange Commission Rule 10b-5, and that this action is DISMISSED with prejudice.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 2nd day of March 2022.

/s/ Loretta C. Biggs
United States District Judge