IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JIM CHAPMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:20CV812 |
| FENNEC PHARMACEUTICALS INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss, (ECF No. 40), is GRANTED as to Lead Plaintiff Daniel Malakoti's Consolidated Amended Class Action Complaint asserting claims of securities fraud in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Securities and Exchange Commission Rule 10b-5, and this action is DISMISSED with prejudice.

This, the 2nd day of March 2022.

/s/ Loretta C. Biggs
United States District Judge