# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>      Defendants. | **NOTICE OF MOTION AND MOTION OF LEAD PLAINTIFF DANIEL MALAKOTI FOR POST JUDGMENT RELIEF TO AMEND THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Case No. 1:20-cv-00812-UA-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff Daniel Malakoti will and hereby does respectfully move this Court for an Order, pursuant to Federal Rule of Civil Procedure ("Rule") 59(e) or 60(b), altering or amending its March 2, 2022 Order (ECF No. 57), dismissing the above-captioned Action with prejudice, and pursuant to Rule 15(a)(2), granting Mr. Malakoti's post-judgment request for leave to amend the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 30).

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in Support Thereof, the Declaration of Ivy T. Ngo filed herewith, the Exhibits attached thereto, and such other written or oral arguments as may be requested or permitted by the Court.

DATED: March 30, 2022

Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo
Velvel (Devin) Freedman
Constantine P. Economides
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
(T): (305) 971-5943
ingo@rochefreedman.com
vel@rochefreedman.com
ceconomides@rochefreedman.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Jay Chaudhuri
150 Fayetteville Street, Suite 980
Raleigh, NC 27601
(T): (919) 890-0560
jchaudhuri@cohenmilstein.com

*Counsel for Lead Plaintiff and Liaison Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac forthcoming*)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
(T): (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record. This the 30th day of March, 2022.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

3