## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING MOTION OF LEAD PLAINTIFF DANIEL MALAKOTI FOR POST JUDGMENT RELIEF TO AMEND THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Case No. 1:20-cv-00812-UA-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

Pursuant to Federal Rules of Civil Procedure 15(a)(2), and 59(e) or 60(b), Lead Plaintiff Daniel Malakoti ("Plaintiff") filed a Motion for Post-Judgement Relief to Amend the Consolidated Amended Complaint. Having considered the documents filed in support of and in opposition to the Motion, the pleadings and the file in this Action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. This Court's March 2, 2022 Order dismissing the above-captioned Action, with prejudice (ECF No. 57), is **VACATED.**

2. Plaintiff's request for leave to file his Proposed Second Consolidated Amended Complaint is **GRANTED.**

3. Plaintiff shall file the Second Consolidated Amended Complaint no later than seven (7) days from the date this Order was issued.

4.      Upon the filing of the Second Consolidated Amended Complaint, Defendants shall have 30 days to answer or move to dismiss the second amended complaint.

5.      If Defendants move to dismiss the second amended complaint, Plaintiff shall have 21 days from the date of Defendants' motion to file an opposition.

6.      Defendants shall have 14 days from the date of Plaintiff's opposition to Defendants' motion to dismiss to file their reply in support thereof.

**IT IS SO ORDERED.**

DATED: _____, 2022            _____
                                      UNITED STATES DISTRICT JUDGE
                                      LORETTA COPELAND BIGGS