**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>Defendants. | **DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION OF LEAD PLAINTIFF DANIEL MALAKOTI FOR POST JUDGMENT RELIEF TO AMEND THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Case No. 1:20-cv-00812-UA-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

I, Ivy T. Ngo, hereby declare as follows:

1.      I am Counsel with Roche Freedman LLP, counsel on behalf of Lead Plaintiff Daniel Malakoti, and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Mr. Malakoti's motion for an Order altering or amending the Court's March 2, 2022 Order (ECF No. 57), dismissing the above-captioned Action, with prejudice, and granting his post-judgment request for leave to amend the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF No. 30).

3.      Attached hereto as Exhibit A is a true and correct copy of the redline version of the Proposed Second Consolidated Amended Complaint as compared to the Complaint.

4.      Attached hereto as Exhibit B is a true and correct copy of the file-ready version of the Proposed Second Consolidated Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of March, 2022, at Lakewood, Colorado.

/s/ Ivy T. Ngo

Ivy T. Ngo
**ROCHE FREEDMAN LLP**
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
(T): (305) 971-5943
ingo@rochefreedman.com

*Counsel for Lead Plaintiff and Lead Counsel
for the Class*

# <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record. This the 30th day of March, 2022.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

3