# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>　　　　　　　　　Defendants. | **DEFENDANTS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**<br><br>Case 1:20-cv-00812-LCB-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

Pursuant to LR 7.3(i), Defendants Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook ("Defendants"), respectfully submit this Suggestion of Subsequently Decided Authority in support of their Opposition to Plaintiff's Motion for Post Judgment Relief to Amend the Consolidated Amended Complaint, filed on April 20, 2022. ECF No. 63. Defendants bring to the Court's attention *Leung v. bluebird bio, Inc.*, 21-CV-10335-DJC, 2022 WL 1192801 (D. Mass. Apr. 21, 2022), attached hereto as Exhibit A.

Respectfully submitted this 25th day of August 2022.

**WYRICK ROBBINS YATES & PONTON LLP**

By:  /s/ Lee M. Whitman
Lee M. Whitman (N.C. Bar No. 20193)
Samuel A. Slater (N.C. Bar No. 43212)
lwhitman@wyrick.com
sslater@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone:  (919) 781-4000
Facsimile:   (919) 781-4865

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By:  /s/ Gregory L. Watts
Gregory L. Watts (WA Bar No. 43995)
John C. Roberts Jr. (WA Bar No. 44945)
Tyre L. Tindall (WA Bar No. 56357)
gwatts@wsgr.com
jroberts@wsgr.com
ttindall@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699

*Attorneys for Defendants Fennec
Pharmaceuticals Inc., Rostislav Raykov,
Robert Andrade, Chris A. Rallis, Marco
Brughera, Adrian J. Haigh, Khalid
Islam, and Jodi Cook*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record.

This the 25th day of August 2022.

WYRICK ROBBINS YATES & PONTON LLP

By: /s/ Lee M. Whitman
Lee M. Whitman (N.C. Bar No. 20193)
lwhitman@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865

3