# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>    Defendants. | **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Case 1:20-cv-00812-LCB-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

# **TABLE OF CONTENTS**

**Page**

NATURE OF THE CASE ................................................................................................ 1

QUESTION PRESENTED .............................................................................................. 2

STATEMENT OF ALLEGED FACTS ........................................................................... 2

ARGUMENT ................................................................................................................... 2

CONCLUSION ............................................................................................................... 4

i

# TABLE OF AUTHORITIES

**Page(s)**

## CASES

*Coffelt v. Kroger Co.*,
EDCV 16-1471 JGB (KKx), 2017 WL 10543343 (C.D. Cal. Jan. 27, 2017) ................................................................................................ 3

*Gerritsen v. Warner Bros. Entm't Inc.*,
112 F. Supp. 3d 1011 (C.D. Cal. 2015) .................................................. 3

*Hall v. Nat'l Educ. Ass'n*,
629 F.3d 992 (9th Cir. 2010) ................................................................. 3

*In re Amarin Corp. PLC Sec. Litig.*,
3:19-cv-06601 (BRM) (TJB), 2021 WL 1171669 (D.N.J. Mar. 29, 2021), *aff'd*, 21-2071, 2022 WL 2128560 (3d Cir. June 14, 2022) ...................... 3

*In re Amgen Inc. Sec. Litig.*,
544 F. Supp. 2d 1009 (C.D. Cal. 2008) ................................................ 3

*Metague v. Woodbolt Distribution, LLC*,
8:20-CV-02186-PX, 2021 WL 2457153 (D. Md. June 16, 2021) ........................ 3

*Sierra Club v. United States Envtl. Prot. Agency*,
964 F.3d 882 (10th Cir. 2020) ............................................................... 3

*Twumasi-Ankrah v. Checkr, Inc.*,
954 F.3d 938 (6th Cir. 2020) ................................................................. 3

*United States v. Garcia*,
855 F.3d 615 (4th Cir. 2017) ................................................................. 3

## STATUTES

15 U.S.C. § 78u-4(b) ..................................................................................... 1

## RULES

Fed. R. Civ. P. 9(b) ...................................................................................... 1

Fed. R. Civ. P. 12(b)(6) ............................................................................... 1

Fed. R. Evid. 201 ...................................................................................... 1, 2

Fed. R. Evid. 201(b) .................................................................................... 2

Fed. R. Evid. 201(d) .................................................................................... 3

ii

Defendants Fennec Pharmaceuticals Inc. ("Fennec"), Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook (collectively, "Defendants") submit this Memorandum of Law in Support of their Request for Judicial Notice. Pursuant to Federal Rule of Evidence 201 and decisional law, Defendants request that the Court consider Exhibit A attached to the Declaration of John C. Roberts Jr. ("Roberts Declaration"), filed concurrently herewith, in connection with Defendants' Opposition to Plaintiff's Motion for Post Judgment Relief to Amend the Consolidated Amended Complaint, ECF No. 63 ("Opposition").

## NATURE OF THE CASE

Lead Plaintiff Daniel Malakoti filed a Consolidated Amended Class Action Complaint for of the Federal Securities Laws ("Complaint" or "¶__"). ECF No. 30. Defendants moved to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b), on the grounds that, among other things, the Complaint failed to sufficiently plead with particularity a strong inference of scienter and thus failed to state a claim upon which relief may be granted. ECF No. 41. The Honorable Joe L. Webster recommended dismissal of the Complaint for failure to state a claim under Rule 12(b)(6) and the heightened requirements of the PSLRA. *See* ECF No. 48 at 14–32. Following Lead Plaintiff's objections to the Magistrate's recommendation, ECF No. 55, the Honorable Loretta C. Biggs adopted the recommendation, dismissed the Complaint with prejudice, ECF No. 57, and entered judgment, ECF No. 58.

1

On March 30, 2022, Lead Plaintiff filed a Motion for Post Judgment Relief to Amend the Consolidated Amended Complaint, ECF No. 60 ("Post Judgment Motion"), asking the Court to vacate judgment in this case and allow him to file a Second Amended Complaint. In their Opposition, Defendants argued the Post Judgment Motion should be denied because amendment would be futile, ECF No. 63 at 7–14, and that Lead Plaintiff's proposed amendment would violate the PSLRA's lead plaintiff process, *id*. at 15–17. The Post Judgment Motion remains pending before the Court.

## QUESTION PRESENTED

Whether the Court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of a publicly available document on the Food and Drug Administration's ("FDA's") website and consider that document in connection with Defendants' Opposition.

## STATEMENT OF ALLEGED FACTS

Defendants rely on the Statement of Alleged Facts contained in their Memorandum of Law in Support of their Motion to Dismiss Consolidated Amended Complaint. ECF No. 41 at 5–7.

## ARGUMENT

On September 20, 2022, the FDA approved PEDMARK™, a drug designed by Fennec that prevents hearing loss in children undergoing certain types of chemotherapy. ¶¶3, 62. The FDA published a press release announcing the approval the same day on its website. The Court may take judicial notice of the FDA's press release because it is "not

subject to reasonable dispute" as it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Although judgment has already been entered, ECF No. 58, the Court may take judicial notice "at any stage of the proceeding[,]" Fed. R. Evid. 201(d).

Federal courts in the Fourth Circuit and nationwide routinely take judicial notice of government webpages and press releases, including the FDA's. *See United States v. Garcia*, 855 F.3d 615, 622 (4th Cir. 2017) (district court "well within its discretion when it took judicial notice of the facts contained on the government website."); *Metague v. Woodbolt Distribution, LLC*, 8:20-CV-02186-PX, 2021 WL 2457153, at *2 n.2 (D. Md. June 16, 2021) (taking judicial notice of FDA website); *In re Amarin Corp. PLC Sec. Litig.*, 3:19-cv-06601 (BRM) (TJB), 2021 WL 1171669, at *5 (D.N.J. Mar. 29, 2021), *aff'd*, 21-2071, 2022 WL 2128560 (3d Cir. June 14, 2022) (taking judicial notice of FDA press release); *Twumasi-Ankrah v. Checkr, Inc.*, 954 F.3d 938, 947 n.3 (6th Cir. 2020) (taking judicial notice of a "record from a government website[.]"); *Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (taking judicial notice of information on the websites of two school districts because they were government entities); *Sierra Club v. United States Envtl. Prot. Agency*, 964 F.3d 882, 893 n.9 (10th Cir. 2020) (taking judicial notice of document on the Environmental Protection Agency's website); *Coffelt v. Kroger Co.*, EDCV 16-1471 JGB (KKx), 2017 WL 10543343, at *1 n.1 (C.D. Cal. Jan. 27, 2017) (taking judicial notice of FDA website); *In re Amgen Inc. Sec. Litig.*, 544 F. Supp. 2d 1009, 1023 (C.D. Cal. 2008) (same); *Gerritsen v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d

1011, 1033 (C.D. Cal. 2015) (taking judicial notice of California Secretary of State website) (citation omitted).

Accordingly, Defendants request that the Court take judicial notice of Exhibit A to the Roberts Declaration, which is a true and correct copy of a U.S. government webpage entitled "FDA approves sodium thiosulfate to reduce the risk of ototoxicity associated with cisplatin in pediatric patients with localized, non-metastatic solid tumors," available at https://www.fda.gov/drugs/resources-information-approved-drugs/fda-approves-sodium-thiosulfate-reduce-risk-ototoxicity-associated-cisplatin-pediatric-patients (last visited Sept. 27, 2022). Exhibit A is relevant to the Court's analysis because the development of PEDMARK™ and Fennec's previously unsuccessful attempts to secure FDA approval form the basis of Lead Plaintiff's claim of securities fraud.

## CONCLUSION

For the reasons stated above, Defendants respectfully request that the Court consider Exhibit A in connection with their Opposition.

Respectfully submitted this 27th day of September 2022.

WYRICK ROBBINS YATES & PONTON LLP

By: /s/ Lee M. Whitman
Lee M. Whitman (N.C. Bar No. 20193)
Samuel A. Slater (N.C. Bar No. 43212)
lwhitman@wyrick.com
sslater@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865

4

WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Gregory L. Watts
Gregory L. Watts (WA Bar No. 43995)
John C. Roberts Jr. (WA Bar No. 44945)
Tyre L. Tindall (WA Bar No. 56357)
gwatts@wsgr.com
jroberts@wsgr.com
ttindall@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699

*Attorneys for Defendants Fennec
Pharmaceuticals Inc., Rostislav Raykov,
Robert Andrade, Chris A. Rallis, Marco
Brughera, Adrian J. Haigh, Khalid
Islam, and Jodi Cook*

5

## CERTIFICATE OF COMPLIANCE

Defendants, by and through the undersigned counsel, certify that this Memorandum complies with the word-count limit in LR 7.3(d)(1). The word count of the Memorandum is 1,387, which includes 489 words from the Statement of Alleged Facts contained in Defendants' Memorandum of Law in Support of their Motion to Dismiss Consolidated Amended Complaint, incorporated herein. ECF No. 41 at 5–7.

This 27th day of September 2022.

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

/s/ Gregory L. Watts
Gregory L. Watts (WA Bar No. 43995)
gwatts@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699

*Attorney for Defendants Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook*

6

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record.

This 27th day of September 2022.

WYRICK ROBBINS YATES & PONTON LLP

By:  /s/ Lee M. Whitman
      Lee M. Whitman (N.C. Bar No. 20193)
      lwhitman@wyrick.com
      4101 Lake Boone Trail, Suite 300
      Raleigh, North Carolina 27607
      Telephone:  (919) 781-4000
      Facsimile:  (919) 781-4865