# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,

        Defendants.

**DECLARATION OF JOHN C. ROBERTS JR. IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Case No. 1:20-cv-00812-LCB-JLW

Judge Loretta Copeland Biggs
Magistrate Judge Joe L. Webster

I, John C. Roberts Jr., declare that:

1.	I am an attorney associated with Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook ("Defendants").

2.	I am duly admitted to practice law in the State of Washington and admitted to practice in the above-captioned action pursuant to Local Rule 83.1(d) (Special Appearance).  ECF No. 20.

3.	I submit this declaration in support of Defendants' Request for Judicial Notice and the Memorandum of Law in Support thereof, filed concurrently herewith. The following facts are within my personal knowledge, or based on review of public records.

4.	Attached hereto as **Exhibit A** is a true and correct copy of a U.S. government webpage entitled "FDA approves sodium thiosulfate to reduce the risk of ototoxicity associated with cisplatin in pediatric patients with localized, non-metastatic solid tumors," available at https://www.fda.gov/drugs/resources-information-approved-drugs/fda-approves-sodium-thiosulfate-reduce-risk-ototoxicity-associated-cisplatin-pediatric-patients (last visited Sept. 27, 2022).

1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of September 2022 at Bainbridge Island, Washington.

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By: /s/ John C. Roberts Jr.

John C. Roberts Jr. (WA Bar No. 44945)
jroberts@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone: (206) 883-2500

*Attorney for Defendants Fennec
Pharmaceuticals Inc., Rostislav Raykov,
Robert Andrade, Chris A. Rallis, Marco
Brughera, Adrian J. Haigh, Khalid
Islam, and Jodi Cook*

2

# <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record.

This the 27th day of September 2022.

**WYRICK ROBBINS YATES & PONTON LLP**

By: /s/ Lee M. Whitman
Lee M. Whitman (N.C. Bar No. 20193)
lwhitman@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865

3