# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>  v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>         Defendants. | **DEFENDANTS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**<br><br>Case 1:20-cv-00812-LCB-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

Pursuant to LR 7.3(i), Defendants Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook ("Defendants"), respectfully submit this Suggestion of Subsequently Decided Authority in support of their Opposition to Plaintiff's Motion for Post Judgment Relief to Amend the Consolidated Amended Complaint, filed on April 20, 2022.  ECF No. 63. Defendants bring to the Court's attention *Fisher v. Fennec Pharmaceuticals Inc., et al.*, 1:22-CV-115, 2022 WL 7108945 (M.D.N.C. Oct. 12, 2022), attached hereto as Exhibit A.

Respectfully submitted this 13th day of October 2022.

**WYRICK ROBBINS YATES & PONTON LLP**

By:  /s/ Lee M. Whitman
     Lee M. Whitman (N.C. Bar No. 20193)
     Samuel A. Slater (N.C. Bar No. 43212)
     lwhitman@wyrick.com
     sslater@wyrick.com
     4101 Lake Boone Trail, Suite 300
     Raleigh, North Carolina 27607
     Telephone:  (919) 781-4000
     Facsimile:   (919) 781-4865

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By:  /s/ Gregory L. Watts
     Gregory L. Watts (WA Bar No. 43995)
     John C. Roberts Jr. (WA Bar No. 44945)
     Tyre L. Tindall (WA Bar No. 56357)
     gwatts@wsgr.com
     jroberts@wsgr.com
     ttindall@wsgr.com
     701 Fifth Avenue, Suite 5100
     Seattle, Washington 98104-7036
     Telephone: (206) 883-2500
     Facsimile:  (206) 883-2699

     *Attorneys for Defendants Fennec*
     *Pharmaceuticals Inc., Rostislav Raykov,*
     *Robert Andrade, Chris A. Rallis, Marco*
     *Brughera, Adrian J. Haigh, Khalid*
     *Islam, and Jodi Cook*

2

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record.

This the 13th day of October 2022.

WYRICK ROBBINS YATES & PONTON LLP

By: /s/ Lee M. Whitman
Lee M. Whitman (N.C. Bar No. 20193)
lwhitman@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865

Case 1:20-cv-00812-LCB-JLW   Document 69   Filed 10/13/22   Page 3 of 3