# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIM CHAPMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FENNEC PHARMACEUTICALS INC., ROSTISLAV RAYKOV, ROBERT ANDRADE, CHRIS A. RALLIS, MARCO BRUGHERA, ADRIAN J. HAIGH, KHALID ISLAM, and JODI COOK,<br><br>Defendants. | **DEFENDANTS' REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**<br><br>Case 1:20-cv-00812-LCB-JLW<br><br>Judge Loretta Copeland Biggs<br>Magistrate Judge Joe L. Webster |

Defendants Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook (collectively, "Defendants") submit this Reply in Support of their Request for Judicial Notice. ECF No. 67.

## ARGUMENT

Defendants ask the Court to take judicial notice of the FDA's press release announcing the approval of PEDMARK™. ECF No. 67. Plaintiff admits, as he must, that it is "undisputed" that the Court "may take judicial notice of government webpages." ECF No. 70 at 2. Courts across the country find that the accuracy of government webpages is not subject to "*reasonable* dispute," Fed. R. Evid. 201(b) (emphasis added), including FDA webpages. *See* ECF No. 67 at 3–4 (citing authority).

Plaintiff nonetheless argues that the Court should not take judicial notice of the FDA's press release announcing its approval of PEDMARK™ found on the FDA's webpage. Plaintiff does not explain why this particular FDA webpage or press release should not be believed to be authentic or accurate. Ironically, Plaintiff's own Proposed Second Amended Class Action Complaint ("SAC") relies on the accuracy of the FDA's website and publications as it cites the FDA's website repeatedly. *See, e.g.*, ECF No. 61-2 at ¶¶ 40 n.9, 63 n.19, 68 n.22, 120 n.87.

Plaintiff argues that the FDA's approval of PEDMARK™ is somehow a "disputed fact[]" and that "[e]ven if the Court were to take judicial notice of the [press release], it may not do so for the truth of the facts therein," *i.e.*, that the FDA has approved

1

PEDMARK™.  ECF No. 70 at 2, 6 n.6.  Denying a government agency's action that it has announced in a press release published on its website is not a credible position.

Plaintiff also argues that the FDA's approval of PEDMARK™ is "irrelevant."  *Id.* at 2–4, 6.  While the parties can debate just *how* relevant it is, it clearly is not *irrelevant*. Indeed, the SAC itself insinuates that the lack of FDA approval somehow suggested wrongdoing, repeatedly noting that, "*[t]o date*, the FDA has still not approved, and the Company has still not commercially launched, PEDMARK."  SAC at ¶¶ 142, 145, 147, 149, 151, 153, 156, 158, 160, 162, 164, 168, 173, 222 (emphasis added).  Now it has.  The genuineness of Defendants' optimism that PEDMARK™ would be approved is supported by the fact that the FDA ultimately approved it, even if such approval occurred after the Class Period.

## CONCLUSION

The Court should take judicial notice of Exhibit A in connection with Defendants' Opposition to Plaintiff's Motion for Post Judgment Relief to Amend the Consolidated Amended Complaint.  ECF No. 63.

Respectfully submitted this the 21st day of October 2022.

WYRICK ROBBINS YATES & PONTON LLP

By:  /s/ Lee M. Whitman

2

Lee M. Whitman (N.C. Bar No. 20193)
Samuel A. Slater (N.C. Bar No. 43212)
lwhitman@wyrick.com
sslater@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone:  (919) 781-4000
Facsimile:   (919) 781-4865

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By:  /s/ Gregory L. Watts
Gregory L. Watts (WA Bar No. 43995)
John C. Roberts Jr. (WA Bar No. 44945)
Tyre L. Tindall (WA Bar No. 56357)
gwatts@wsgr.com
jroberts@wsgr.com
ttindall@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699

*Attorneys for Defendants Fennec
Pharmaceuticals Inc., Rostislav Raykov,
Robert Andrade, Chris A. Rallis, Marco
Brughera, Adrian J. Haigh, Khalid
Islam, and Jodi Cook*

3

# CERTIFICATE OF COMPLIANCE

Defendants, by and through undersigned counsel, certify that Defendants' Reply in Support of their Request for Judicial Notice complies with the wordcount limit in LR 7.3(d)(1) as it contains 431 words.

This the 21st day of October 2022.

WILSON SONSINI GOODRICH & ROSATI, P.C.

/s/ Gregory L. Watts
Gregory L. Watts (WA Bar No. 43995)
gwatts@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699

*Attorney for Defendants Fennec Pharmaceuticals Inc., Rostislav Raykov, Robert Andrade, Chris A. Rallis, Marco Brughera, Adrian J. Haigh, Khalid Islam, and Jodi Cook*

4

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record.

This the 21st day of October 2022.

**WYRICK ROBBINS YATES & PONTON LLP**

By: /s/ Lee M. Whitman
Lee M. Whitman (N.C. Bar No. 20193)
lwhitman@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
