IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JIM CHAPMAN, Individually and on )
Behalf of All Others Similarly Situated, )
)
        Plaintiff, )
)
        v. )      1:20CV812
)
FENNEC PHARMACEUTICALS INC., )
et al., )
)
        Defendants. )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on February 15, 2023, was served on the parties in this action. (ECF Nos. 73, 74.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that Lead Plaintiff Daniel Malakoti's motion for post-judgment relief to amend the consolidated amended complaint, (ECF No. 59), is **DENIED**.

This, the 2nd day of March 2023.

                                      /s/ Loretta C. Biggs
                                      United States District Judge